UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| MLB ASSOCIATES, INC. d/b/a "LACE", | : | |
| | : | |
| Plaintiff, | : | |
| | : | 02cv4431 |
| -against- | : | |
| | : | |
| CITY OF NEW YORK, *et al.*, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| 59 MURRAY CORP. d/b/a "NEW YORK DOLLS", *et ano.*, | : | |
| | : | |
| Plaintiffs, | : | 02cv4432 |
| | : | |
| -against- | : | |
| | : | |
| CITY OF NEW YORK, *et al.*, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| CLUB AT 60TH ST., INC., *et ano.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | 02cv8333 |
| -against- | : | |
| | : | SCHEDULING ORDER |
| CITY OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties having appeared for a status conference on April 11, 2018 and having participated in a teleconference on April 20, 2018, this Court enters the following Order on consent:

1

Re-Opening of the Above-Captioned Actions (the "Actions")

(1) The parties having shown good cause, the Clerk of Court is directed to re-open the Actions and designate them as ECF cases;

(2) All subsequent filings shall be made electronically through ECF;

Amended Pleadings

(3) Plaintiffs shall file amended complaints by April 27, 2018;

  a. Counsel for plaintiff in case 02cv4431 may add 989 Eatery Corp. d/b/a "Satin Dolls" as a party plaintiff;

  b. Counsel for plaintiff in case 02cv4432 may add West 20th Enterprises Corp. d/b/a "VIP Club New York," and JNS Ventures Ltd. d/b/a "Vixen" as party plaintiffs;

  c. Counsel for plaintiff in case 02cv8333 may add Jacaranda Club, LLC d/b/a "Sapphire" as a party plaintiff;

  d. Counsel for plaintiffs in cases 02cv4431 and 02cv4432 shall substitute the proper public-officer defendants pursuant to Fed. R. Civ. P. 25(d).

(4) The Clerk of Court is directed to amend the case captions to conform to the parties identified in the amended complaints;

Briefing Schedule

(5) Plaintiffs in the Actions shall file motions for preliminary injunctions by May 23, 2018, which shall include one consolidated brief of no more than 60 pages;

(6) Defendants in the Actions shall file one consolidated opposition brief of no more than 60 pages by June 27, 2018;

(7) Plaintiffs in the Actions shall file one consolidated reply brief of no more than 15 pages by July 10, 2018;

(8) The parties shall advise this Court whether they believe an evidentiary hearing is necessary by July 10, 2018; and

(9) The parties shall appear for oral argument on July 26, 2018 at 11:00 a.m.

Dated: April 23, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

2