Jennifer M. Kinsley, Esq.
The Law Office of Jennifer M. Kinsley
Post Office Box 19478
Cincinnati, Ohio 45219
(513) 708-2595
kinsleylawoffice@gmail.com

September 22, 2020

<u>Via CM/ECF</u>

Hon. William H. Pauley, III
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 100070



Re:   *725 Eatery Corp. and 689 Eatery Corp. v. City of New York*, No. 02 CV 4431 ("Action No. 1")

Request for Removal from Docket re: Daniel Silver, Esq.

Dear Judge Pauley:

I am writing in my capacity as Of Counsel to law firm of Silver & Silver LLP to regrettably inform you of the death of Daniel Silver, Esq., who served as counsel for 725 Eatery Corp. and 689 Eatery Corp. in Action No. 1 referenced above. In light of Mr. Silver's passing, I will now serve as lead counsel for these parties, and Mitchell Schuster and Amit Shertzer of the law firm Meister, Seelig & Fein LLP will serve as local counsel for these parties. By this letter, I regretfully request that the Court remove Daniel Silver's name from the docket and also cease sending emails to him. Accordingly, please remove the address daniel@lawsilver.com from all future email communications/notifications.

Thank you in advance for your assistance in this time of loss.

**Application granted. Having been notified of Mr. Silver's death, this Court directs the Clerk of Court to terminate his appearance on the docket. The Clerk of Court shall also terminate Mr. Silver's appearance on the docket of the following related cases: 02cv4432, 02cv8333, and 18cv3732.**

Very truly yours,

/s/ Jennifer M. Kinsley
JENNIFER M. KINSLEY
Counsel for Plaintiffs 725 Eatery Corp.
And 689 Eatery Corp.

cc:   All Counsel (*via CM/ECF*)

Dated: September 23, 2020
New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.