```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
59 MURRAY ENTERPRISES, INC., et al,                               :
                                                                  :
                              Plaintiffs,                         :
                                                                  :     02-cv-4432, 02-cv-4431, 02-
                    -v-                                           :     cv-6193, 18-cv-3732 (LJL)
                                                                  :
THE CITY OF NEW YORK, et al.,                                     :     ORDER
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Both parties have requested leave to make a motion for summary judgment. Motions are to be submitted by November 15, 2021. Plaintiffs may cross-move for summary judgment in response to Defendants' motion for summary judgment on the issue of alternative sites. Parties are directed to follow the Court's Individual Practices and the Local Rules of the United States District Court for the Southern District of New York with respect to page limits and to the deadlines for responses and replies.

      SO ORDERED.

Dated: August 26, 2021
       New York, New York
                                              LEWIS J. LIMAN
                                          United States District Judge