UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| 689 EATERY CORP., etc., *et ano.,* | : | |
| Plaintiffs, | | |
| | : | |
| - against - | | Civil Action No. |
| | : | 02 CV 4431 (LJL) |
| THE CITY OF NEW YORK, et al., | | |
| Defendants. | : | |

------------------------------------------------------------------X

59 MURRAY ENTERPRISES INC., etc., *et al.,*   :
         Plaintiffs,

              :

   - against -                       Civil Action No.
                               :         02 CV 4432 (LJL)

THE CITY OF NEW YORK, et al.,
         Defendants.   :

------------------------------------------------------------------X

CLUB AT 60TH STREET, INC., etc., *et al.,*   :
         Plaintiffs,

              :

   - against -                       Civil Action No.
                               :         02 CV 8333 (LJL)

THE CITY OF NEW YORK,
         Defendant.   :

------------------------------------------------------------------X

336 LLC., etc., *et al.,*   :
         Plaintiffs,

              :

   - against -                       Civil Action No.
                               :         18 CV 3732 (LJL)

THE CITY OF NEW YORK, *et al.*,
         Defendants.   :

------------------------------------------------------------------X

**NOTICE OF FILING OF**
**JOINT STATEMENT OF FACTS**
**(as of May 23, 2022)**

1

**PLEASE TAKE NOTICE** that the undersigned hereby jointly file the within Joint Statement of Facts dated May 23, 2022.

Dated: May 23, 2022               Respectfully submitted,

**JENNIFER M. KINSLEY, ESQ.**
*Lead Counsel for Plaintiffs in*
*02 Civ 4431 (LJL)*
Kinsley Law Office
P. O. Box 19478
Cincinnati, OH 45219
(513) 708-2595
kinsleylawoffice@gmail.com

-and-

**AMIT SHERTZER, ESQ.**
**MITCHEL SCHUSTER, ESQ.**
*Local Counsel for Plaintiffs in*
*02 Civ 4431 (LJL)*
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
as@msf-law.com
ms@msf-law.com

By:   s/Jennifer M. Kinsley
        Jennifer M. Kinsley

**EDWARD S. RUDOFSKY, ESQ.**

*Counsel for Plaintiffs in*
*02 Civ 4432 (LJL)*
Zane and Rudofsky
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
ed@rudofskylaw.com

By: s/Edward S. Rudofsky
 Edward S. Rudofsky


**G. RANDALL GARROU, ESQ.**
**JEROME M. MOONEY, ESQ.**

*Lead Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*
Weston Garrou & Mooney
12121 Wilshire Blvd # 525
Los Angeles, CA 90025
(310) 442-0072
randygarrou@wgdlaw.com
jerrym@mooneylaw.com

-and-

**ALAN ABRAMSON, ESQ.**

*Local Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*
Abramson & Morak
35 Worth Street, # 3
New York, NY 10013
(212) 226-7098
alanabramson@abramsonmorak.com

By: s/G. Randall Garrou
 G. Randall Garrou

3

**ERICA T. DUBNO, ESQ.**
*Counsel for Plaintiffs in*
*18 Civ 3732 (LJL)*
Fahringer & Dubno
43 West 43rd St #261
New York, NY 10036
(212) 319-5351
erica.dubno@fahringerlaw.com


By:   s/Erica T. Dubno
          Erica T. Dubno


**SHERYL NEUFELD, ESQ.**
**MARK MUSCHENHEIM, ESQ.**
**KERRI DEVINE, ESQ.**
*Counsel for Defendants in*
*All Actions*
Office of NYC Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 356-1000
sneufeld@law.nyc.gov
mmuschen@law.nyc.gov
kdevine@law.nyc.gov

By:   s/Sheryl Neufeld
          Sheryl Neufeld

4