AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

689 Eatery Corp., et al.
    Plaintiff (s),

v.

City of New York, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:02-cv-04431 (LJL)

Notice is hereby given that, subject to approval by the court, **689 Eatery Corp. and 725 Eatery Corp.** substitutes (Party (s) Name)

**Jeffrey Michael Nye** , State Bar No. **Ohio 0082247** as counsel of record in (Name of New Attorney)

place of **Jennifer Kinsley** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Stagnaro Saba & Patterson Co., LPA
- Address: 7373 Beechmont Avenue, Cincinnati, OH 45230
- Telephone: (513) 533-6714    Facsimile (513) 533-2999
- E-Mail (Optional): jmn@sspfirm.com

I consent to the above substitution.
Date: 1/2/2023
(Signature of Party (s))

I consent to being substituted.
Date: 1/3/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/3/23
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]