AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

689 Eatery Corp., et al.
Plaintiff(s),

v.

City of New York, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:02-cv-04431 (LJL)

Notice is hereby given that, subject to approval by the court, __689 Eatery Corp. and 725 Eatery Corp.__ substitutes
(Party(s) Name)

__Jeffrey Michael Nye__, State Bar No. __Ohio 0082247__ as counsel of record in
(Name of New Attorney)

place of __Jennifer Kinsley__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Stagnaro Saba & Patterson Co., LPA |
| Address: | 7373 Beechmont Avenue, Cincinnati, OH 45230 |
| Telephone: | (513) 533-6714   Facsimile (513) 533-2999 |
| E-Mail (Optional): | jmn@sspfirm.com |

I consent to the above substitution.
Date: 1/2/2023
(Signature of Party(s))

I consent to being substituted.
Date: 1/3/2023
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/3/23
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/4/2023

LEWIS J. LIMAN
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]