UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

689 EATERY CORP. et al.,

               Plaintiff,

     -against-

CITY OF NEW YORK et al.,

             Defendant.
--------------------------------------------------------

Case No.  02-cv-4431

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending           [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Mitchell Schuster

FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS6653      My State Bar Number is  2300648

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Meister Seelig & Fein LLP
                  FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017
                  FIRM TELEPHONE NUMBER: 212-655-3500
                  FIRM FAX NUMBER: 212-655-3535

NEW FIRM:    FIRM NAME:  Meister Seelig & Fein PLLC
                  FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017
                  FIRM TELEPHONE NUMBER: 212-655-3500
                  FIRM FAX NUMBER: 212-655-3535

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/17/2023            /s/ Mitchell Schuster
                                  ATTORNEY'S SIGNATURE