UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| 689 EATERY CORP. et al.,        Plaintiff, | Case No. 02-cv-4431 |
| -against- | |
| CITY OF NEW YORK et al.,        Defendant. | |

------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Amit Shertzer_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _AS0912_____   My State Bar Number is _5101357_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _Meister Seelig & Fein LLP_____
             FIRM ADDRESS: _125 Park Avenue, 7th Floor, New York, NY 10017_____
             FIRM TELEPHONE NUMBER: _212-655-3500_____
             FIRM FAX NUMBER: _212-655-3535_____

NEW FIRM:    FIRM NAME: _Meister Seelig & Fein PLLC_____
             FIRM ADDRESS: _125 Park Avenue, 7th Floor, New York, NY 10017_____
             FIRM TELEPHONE NUMBER: _212-655-3500_____
             FIRM FAX NUMBER: _212-655-3535_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/17/2023                    /s/ Amit Shertzer_____
                                     ATTORNEY'S SIGNATURE