UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

689 EATERY CORP., etc., *et ano.,*          :
                Plaintiffs,
                                                        :
    - against -                                          Civil Action No.
                                                        :         02 CV 4431 (LJL)
THE CITY OF NEW YORK, et al.,
                Defendants..    :
------------------------------------------------------------X

59 MURRAY ENTERPRISES INC., etc., *et al.,*    :
                Plaintiffs,
                                                    :
    - against -                                          Civil Action No.
                                                    :       02 CV 4432 (LJL)
THE CITY OF NEW YORK, et al.,
                Defendants.    :
------------------------------------------------------------X

CLUB AT 60^(TH) STREET, INC., etc., *et al.,*    :
                Plaintiffs,
                                                    :
    - against -                                          Civil Action No.
                                                    :       02 CV 8333 (LJL)
THE CITY OF NEW YORK,
                Defendant.    :
------------------------------------------------------------X
336 LLC., etc., *et al.,*        :
                Plaintiffs,
                                                    :
    - against -                                          Civil Action No.
                                                   :       18 CV 3732 (LJL)
THE CITY OF NEW YORK, *et al.*,
                Defendants.    :
------------------------------------------------------------X

**STIPULATION AND (PROPOSED) ORDER TO CONFORM PLEADINGS TO PROOF**

Come now counsel for all the parties hereto and enter into the following stipulation:

1

1. In order to avoid potentially significant additional cost and delay, the parties hereby stipulate that Plaintiffs' operative pleadings in each of the four above-entitled actions shall be deemed conformed to include the allegations that New York City Department of Building's ("DOB") permitting procedures are more onerous for adult establishments as a result of the requirement set forth in DOB's Operations Policy and Procedure Notice 6/96 that certain permit applications submitted by adult establishments include an area diagram detailing all uses within 500 feet of the location as well as potential delays with respect to notices to revoke permits after they have been issued.

2. The parties further agree that defendants' previously filed answers to the various complaints and amended complaints in each of the four above-entitled actions shall be deemed conformed to include denials of the allegations referenced in paragraph 1.

3. By agreeing to this Stipulation, the City does not waive its right to dispute any such allegations.

Dated: May 5, 2023                                    Respectfully submitted,


                                                      G. Randall Garrou
                                                      randygarrou@wgdlaw.com
                                                      Of Counsel to Weston Garrou & Mooney
                                                      12121 Wilshire Blvd. Suite 525
                                                      Los Angeles CA 90025
                                                      (310) 749-6069
                                                      randygarrou@wgdlaw.com

                                                      Jerome H. Mooney
                                                      jerrym@mooneylaw.com
                                                      Weston Garrou & Mooney
                                                      12121 Wilshire Blvd. Suite 525
                                                      Los Angeles CA 90025
                                                      (310) 442-0072

        Alan M. Abramson
        alanabramson@abramsonmorak.com

        ABRAMSON & MORAK
        35 Worth Street
        New York, NY 10013
        (212) 226-7098

by   /s/ G. Randall Garrou
        G. RANDALL GARROU

*Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*
**JEFFREY M. Nye, ESQ.**
*Counsel for Plaintiffs in*
*02 Civ 4431 (LJL)*
Stagnaro, Saba & Patterson Co., LPA
7373 Beechmont Avenue
Cincinnati, OH 45230
*(513) 533-6714*
*jmn@sspfirm.com*


By: s/ Jeffrey M. Nye
     Jeffrey M. Nye


**EDWARD S. RUDOFSDKY, ESQ.**
*Counsel for Plaintiffs in*
*02 Civ 4432 (LJL)*
Zane and Rudofsky
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
*eed@rudofskylaw.com*

*By:  /s/ Edward S. Rudofsky*
     Edward S. Rudofsky, Esq.

3

**ERICA T. DUBNO, ESQ.**
*Counsel for Plaintiffs in*
*18 Civ 3732 (LJL)*
Fahringer & Dubno
43 West 43rd St #261
New York, NY 10036
(212) 319-5351
erica.dubno@fahringerlaw.com


By:   s/Erica T. Dubno
       Erica T. Dubno


**SHERYL NEUFELD, ESQ.**
**MARK MUSCHENHEIM, ESQ.**
**KERRI DEVINE, ESQ.**
*Counsel for Defendants in*
*All Actions*
Office of NYC Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 356-1000
sneufeld@law.nyc.gov
mmuschen@law.nyc.gov
kdevine@law.nyc.gov

By:   s/Kerri A. Devine
       Kerri A. Devine


### IT IS SO ORDERED


_____
United States District Judge

Dated May \_\_\_\_, 2022