UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

CLUB AT 60TH STREET, INC., et al.,

                    Plaintiffs,

               -against-                        02 Civ. 8333 (LJL)

THE CITY OF NEW YORK,

                    Defendant.

-------------------------------------------------------------------

725 EATERY CORP., et al.,

                    Plaintiffs,

               -against-                        02 Civ. 4431 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.

-------------------------------------------------------------------

59 MURRAY ENTERPRISES, INC., et al.

                    Plaintiffs,

               -against-                        02 Civ. 4432 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.

-------------------------------------------------------------------

336 LLC, et al.,

                    Plaintiffs,

               -against-                        18 Civ. 3732 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.

-------------------------------------------------------------------

# DEFENDANTS' LIST OF DIRECT TRIAL TESTIMONY DECLARATIONS

1

Defendants in these four actions, by their attorney, Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, in accordance with this Court's May 2, 2023 Order, hereby identify and submit the declarations that the defendants will rely on for direct testimony for the trial scheduled to commence on October 16, 2023 (in addition to the witness identified in the parties May 18, 2023 letter to the Court that identified previously submitted declarations).

1.   Susan E. Amron

2.   Matthew J. Croswell

3.   Rodney Gittens

Dated:      New York, New York
            May 19, 2023

**HON. SYLVIA HINDS-RADIX**
Corporation Counsel of the City of New York
*Counsel for Defendants in All Actions*
100 Church Street
New York, NY 10007
(212) 356-2186
*mmuschen@law.nyc.gov*

By: _____
            Mark W. Muschenheim
            Assistant Corporation Counsel