| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 105 | 250 WEST 34 STREET | C6-4 | MiD | 21.02 | 1007830070 | 80 | Questionable |
| 2 | 1 | 105 | 1515 BROADWAY | C6-7T | MiD | 26.18 | 1010160036 | 80 | Questionable |
| 3 | 1 | 105 | 1166 AVENUE OF THE AMER | C6-6 | MiD | 20.12 | 1012617501 | 51 | Street or Right of Way |
| 4 | 2 | 201 | EAST 132 STREET | M3-1 | | 0.00 | 2022600062 | 80 | Questionable |
| 5 | 2 | 201 | 720 EAST 132 STREET | M3-1 | | 1.25 | 2025430060 | 80 | Questionable |
| 6 | 2 | 201 | 190 WILLOW AVENUE | M1-2 | | 6.00 | 2025880001 | 80 | Questionable |
| 7 | 2 | 201 | 759 EAST 138 STREET | M3-1 | | 2.76 | 2025900102 | 80 | Questionable |
| 8 | 2 | 201 | 800 EAST 141 STREET | M3-1 | | 1.03 | 2025920013 | 75 | Irregular shaped lots |
| 9 | 2 | 201 | 799 EAST 140 STREET | M3-1 | | 0.00 | 2025920072 | 75 | Irregular shaped lots |
| 10 | 2 | 201 | 184 LOCUST AVENUE | M3-1 | | 0.01 | 2025950039 | 80 | Questionable |
| 11 | 2 | 201 | 220 LOCUST AVENUE | M3-1 | | 0.31 | 2025950107 | 80 | Questionable |
| 12 | 2 | 201 | 939 EAST 138 STREET | M3-1 | | 0.02 | 2025970001 | 80 | Questionable |
| 13 | 2 | 201 | 290 LOCUST AVENUE | M3-1 | | 0.27 | 2025970041 | 80 | Questionable |
| 14 | 2 | 201 | 302 LOCUST AVENUE | M3-1 | | 0.00 | 2025970070 | 80 | Questionable |
| 15 | 2 | 201 | 828 EAST 144 STREET | M1-3 | | 1.00 | 2025990035 | 80 | Questionable |
| 16 | 2 | 201 | 920 EAST 149 STREET | M3-1 | | 0.49 | 2025990061 | 80 | Questionable |
| 17 | 2 | 201 | 1020 EAST 149 STREET | M3-1 | | 0.00 | 2025990090 | 80 | Questionable |
| 18 | 2 | 201 | 1040 EAST 149 STREET | M3-1 | | 0.29 | 2025990092 | 80 | Questionable |
| 19 | 2 | 201 | EAST 141 STREET | M3-1 | | 0.00 | 2025990175 | 80 | Questionable |
| 20 | 2 | 201 | 380 BRUCKNER BOULEVARD | M3-1 | | 0.14 | 2025990269 | 9 | No stree frontage |
| 21 | 2 | 201 | 421 BRUCKNER BOULEVARD | M1-3 | | 0.84 | 2026010067 | 75 | Irregular shaped lots |
| 22 | 2 | 202 | LEGGETT AVENUE | M3-1 | | 0.00 | 2026040074 | 9 | No stree frontage |
| 23 | 2 | 202 | 100 OAK POINT AVENUE | M3-1 | | 0.38 | 2026040174 | 80 | Questionable |
| 24 | 2 | 202 | 50 OAK POINT AVENUE | M3-1 | | 0.12 | 2026040180 | 80 | Questionable |
| 25 | 2 | 202 | EAST 149 STREET | M3-1 | | 0.00 | 2026040195 | 80 | Questionable |
| 26 | 2 | 202 | 921 EAST 149 STREET | M3-1 | | 0.11 | 2026040280 | 80 | Questionable |
| 27 | 2 | 202 | 985 EAST 149 STREET | M3-1 | | 0.59 | 2026040500 | 80 | Questionable |
| 28 | 2 | 202 | 1132 OAK POINT AVENUE | M3-1 | | 0.27 | 2026060020 | 80 | Questionable |
| 29 | 2 | 0 | | M1-2 | | 0.00 | 2026060063 | 9 | No stree frontage |
| 30 | 2 | 202 | 720 GARRISON AVENUE | M1-2 | HP | 0.70 | 2027360011 | 80 | Questionable |
| 31 | 2 | 202 | 1162 GRINNELL PLACE | M1-2 | HP | 0.20 | 2027360070 | 75 | Irregular shaped lots |
| 32 | 2 | 202 | 1173 LEGGETT AVENUE | M1-2 | HP | 1.00 | 2027360082 | 80 | Questionable |
| 33 | 2 | 202 | 1175 LEGGETT AVENUE | M1-2 | HP | 1.00 | 2027360084 | 80 | Questionable |
| 34 | 2 | 202 | GRINNELL PLACE | M1-2 | HP | 0.20 | 2027360086 | 80 | Questionable |
| 35 | 2 | 202 | 913 EDGEWATER ROAD | M1-2 | HP | 0.80 | 2027610227 | 80 | Questionable |
| 36 | 2 | 202 | 850 EDGEWATER ROAD | M2-1 | | 0.03 | 2027620316 | 80 | Questionable |
| 37 | 2 | 202 | 1399 LAFAYETTE AVENUE | M1-2 | HP | 0.64 | 2027620365 | 75 | Irregular shaped lots |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 2 | 202 | 620 TRUXTON STREET | M1-2 | HP | 0.00 | 2027650005 | 80 | Questionable |
| 39 | 2 | 202 | 1181 RANDALL AVENUE | M1-2 | HP | 0.75 | 2027650034 | 80 | Questionable |
| 40 | 2 | 202 | 626 WHITTIER STREET | M1-2 | HP | 0.62 | 2027660283 | 9 | No stree frontage |
| 41 | 2 | 202 | 520 CASANOVA STREET | M1-2 | HP | 1.00 | 2027680230 | 80 | Questionable |
| 42 | 2 | 202 | 524 FAILE STREET | M1-2 | HP | 0.07 | 2027690038 | 80 | Questionable |
| 43 | 2 | 202 | TIFFANY STREET | M3-1 | | 0.00 | 2027710075 | 50 | Public (not in PLUTO) |
| 44 | 2 | 209 | 675 ZEREGA AVENUE | M1-1 | | 0.78 | 2035760001 | 80 | Questionable |
| 45 | 2 | 209 | 751 ZEREGA AVENUE | M1-1 | | 0.08 | 2036170001 | 80 | Questionable |
| 46 | 2 | 209 | 955 BRONX RIVER AVENUE | M1-1 | | 1.55 | 2036460067 | 9 | No stree frontage |
| 47 | 2 | 209 | 1400 WATSON AVENUE | M1-1 | | 0.00 | 2037080045 | 9 | No stree frontage |
| 48 | 2 | 209 | 1055 BRONX RIVER AVENUE | M1-1 | | 0.91 | 2037087501 | 9 | No stree frontage |
| 49 | 2 | 209 | 1419 WATSON AVENUE | M1-1 | | 0.52 | 2037340001 | 9 | No stree frontage |
| 50 | 2 | 209 | 1135 BRONX RIVER AVENUE | M1-1 | | 0.84 | 2037340015 | 9 | No stree frontage |
| 51 | 2 | 209 | 1066 ZEREGA AVENUE | M3-1 | | 0.39 | 2038370001 | 80 | Questionable |
| 52 | 2 | 209 | 1170 COMMERCE AVENUE | M1-1 | | 0.74 | 2038380159 | 80 | Questionable |
| 53 | 2 | 209 | 1230 ZEREGA AVENUE | M1-1 | | 0.45 | 2038420002 | 80 | Questionable |
| 54 | 2 | 209 | 1261 SEABURY AVENUE | M1-1 | | 0.92 | 2038430045 | 75 | Irregular shaped lots |
| 55 | 2 | 209 | 2500 WATERBURY AVENUE | M1-1 | | 0.74 | 2038510005 | 50 | Public (not in PLUTO) |
| 56 | 2 | 211 | 1601 BRONXDALE AVENUE | M1-1 | | 1.56 | 2040420200 | 9 | No stree frontage |
| 57 | 2 | 211 | PELHAM PARKWAY | M1-1 | | 0.00 | 2042260001 | 75 | Irregular shaped lots |
| 58 | 2 | 211 | 1502 BASSETT AVENUE | M1-1 | | 0.54 | 2042260005 | 80 | Questionable |
| 59 | 2 | 211 | 1240 WATERS PLACE | M1-1 | | 2.03 | 2042260035 | 51 | Street or Right of Way |
| 60 | 2 | 211 | 1200 WATERS PLACE | M1-1 | | 1.14 | 2042260070 | 9 | No stree frontage |
| 61 | 2 | 211 | WATERS PLACE | M1-1 | | 0.00 | 2042260073 | 51 | Street or Right of Way |
| 62 | 2 | 211 | 1250 WATERS PLACE | M1-1 | | 6.10 | 2042267501 | 80 | Questionable |
| 63 | 2 | 212 | EAST 233 STREET | M3-1 | | 0.00 | 2049740001 | 80 | Questionable |
| 64 | 2 | 212 | 3966 PROVOST AVENUE | M3-1 | | 0.01 | 2049740070 | 80 | Questionable |
| 65 | 2 | 212 | 3960 PROVOST AVENUE | M3-1 | | 0.07 | 2049740100 | 51 | Street or Right of Way |
| 66 | 2 | 212 | 3950 PROVOST AVENUE | M3-1 | | 0.04 | 2049740120 | 80 | Questionable |
| 67 | 2 | 210 | 3351 CONNER STREET | M1-1 | | 0.13 | 2052520005 | 80 | Questionable |
| 68 | 2 | 210 | 2350 TILLOTSON AVENUE | M1-1 | | 0.08 | 2052560040 | 80 | Questionable |
| 69 | 2 | 212 | 4074 BOSTON ROAD | M1-1 | | 0.23 | 2052750006 | 80 | Questionable |
| 70 | 2 | 210 | 2505 BRUCKNER BOULEVARD | C8-1 | | 0.00 | 2052930001 | 9 | No stree frontage |
| 71 | 2 | 210 | 2400 RANDALL AVENUE | M1-1 | | 0.00 | 2056110002 | 9 | No stree frontage |
| 72 | 2 | 210 | 535 BRUSH AVENUE | M1-1 | | 0.47 | 2056110027 | 80 | Questionable |
| 73 | 2 | 212 | 4295 BOSTON ROAD | M3-1 | | 0.06 | 2056550313 | 9 | No stree frontage |
| 74 | 2 | 212 | 917 PEACE STREET | M3-1 | | 0.18 | 2056550420 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 3 | 306 | 242 NEVINS STREET | M2-1 | | 0.60 | 3004180001 | 80 | Questionable |
| 76 | 3 | 306 | 270 NEVINS STREET | M2-1 | | 0.80 | 3004250001 | 80 | Questionable |
| 77 | 3 | 306 | 525 UNION STREET | M2-1 | | 0.63 | 3004320015 | 75 | Irregular shaped lots |
| 78 | 3 | 306 | 398 SMITH STREET | M3-1 | | 0.31 | 3004870001 | 80 | Questionable |
| 79 | 3 | 306 | 595 SMITH STREET | M3-1 | | 1.81 | 3004890001 | 80 | Questionable |
| 80 | 3 | 306 | 611 SMITH STREET | M3-1 | | 0.68 | 3004910001 | 9 | No stree frontage |
| 81 | 3 | 306 | 627 SMITH STREET | M3-1 | | 0.40 | 3004930001 | 9 | No stree frontage |
| 82 | 3 | 306 | 659 SMITH STREET | M3-1 | | 1.00 | 3004950001 | 9 | No stree frontage |
| 83 | 3 | 306 | 659 COURT STREET | M3-1 | | 0.50 | 3004960001 | 80 | Questionable |
| 84 | 3 | 306 | 128 VAN BRUNT STREET | M2-1 | | 2.14 | 3005020025 | 80 | Questionable |
| 85 | 3 | 306 | 140 HAMILTON AVENUE | M1-1 | | 1.07 | 3005040020 | 75 | Irregular shaped lots |
| 86 | 3 | 306 | 219 SULLIVAN STREET | M2-1 | | 0.00 | 3005140040 | 80 | Questionable |
| 87 | 3 | 306 | 42 FERRIS STREET | M2-1 | | 0.05 | 3005150001 | 50 | Public (not in PLUTO) |
| 88 | 3 | 306 | 100 IMLAY STREET | M2-1 | | 4.47 | 3005150050 | 80 | Questionable |
| 89 | 3 | 306 | 160 IMLAY STREET | M2-1 | | 2.80 | 3005157501 | 80 | Questionable |
| 90 | 3 | 306 | 43 FERRIS STREET | M2-1 | | 1.16 | 3005640001 | 80 | Questionable |
| 91 | 3 | 306 | 100 FERRIS STREET | M2-1 | | 0.74 | 3005730001 | 80 | Questionable |
| 92 | 3 | 306 | 242 COFFEY STREET | M2-1 | | 0.00 | 3005730080 | 80 | Questionable |
| 93 | 3 | 306 | 68 FERRIS STREET | M2-1 | | 1.35 | 3005730100 | 80 | Questionable |
| 94 | 3 | 306 | 84 FERRIS STREET | M2-1 | | 1.02 | 3005730101 | 80 | Questionable |
| 95 | 3 | 306 | 81 FERRIS STREET | M1-1 | | 1.00 | 3005850001 | 80 | Questionable |
| 96 | 3 | 306 | 300 COFFEY STREET | M2-1 | | 0.28 | 3005950070 | 80 | Questionable |
| 97 | 3 | 306 | 202 VAN DYKE STREET | M1-1 | | 0.99 | 3005960027 | 80 | Questionable |
| 98 | 3 | 306 | 21 BEARD STREET | M1-1 | | 0.16 | 3006120130 | 9 | No stree frontage |
| 99 | 3 | 306 | 280 RICHARDS STREET | M3-1 | | 0.00 | 3006120150 | 9 | No stree frontage |
| 100 | 3 | 306 | 5 ERIE BASIN | M3-1 | | 0.13 | 3006120250 | 50 | Public (not in PLUTO) |
| 101 | 3 | 306 | 750 COURT STREET | M3-1 | | 0.01 | 3006230001 | 52 | Transportation/Utility (Not in PLUTO) |
| 102 | 3 | 306 | 730 CLINTON STREET | M3-1 | | 0.16 | 3006230020 | 52 | Transportation/Utility (Not in PLUTO) |
| 103 | 3 | 306 | 728 COURT STREET | M3-1 | | 0.26 | 3006230062 | 52 | Transportation/Utility (Not in PLUTO) |
| 104 | 3 | 306 | 764 HENRY STREET | M3-1 | | 0.17 | 3006230093 | 52 | Transportation/Utility (Not in PLUTO) |
| 105 | 3 | 306 | 730 COURT STREET | M3-1 | | 0.07 | 3006240001 | 52 | Transportation/Utility (Not in PLUTO) |
| 106 | 3 | 307 | 60 20 STREET | M3-1 | | 1.00 | 3006350010 | 80 | Questionable |
| 107 | 3 | 307 | 70 20 STREET | M3-1 | | 0.73 | 3006350011 | 80 | Questionable |
| 108 | 3 | 307 | 80 21 STREET | M3-1 | | 0.71 | 3006350100 | 80 | Questionable |
| 109 | 3 | 307 | 70 20 STREET | M3-1 | | 1.00 | 3006380010 | 80 | Questionable |
| 110 | 3 | 307 | 95 29 STREET | M3-1 | | 1.00 | 3006630001 | 52 | Transportation/Utility (Not in PLUTO) |
| 111 | 3 | 307 | 830 3 AVENUE | M3-1 | | 3.22 | 3006670001 | 50 | Public (not in PLUTO) |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 112 | 3 | 307 | 533 2 AVENUE | M3-1 | | 0.40 | 3006750001 | 53 | House of Worship |
| 113 | 3 | 307 | 4521 1 AVENUE | M3-1 | | 0.00 | 3007350018 | 51 | Street or Right of Way |
| 114 | 3 | 307 | 5005 1 AVENUE | M3-1 | | 1.37 | 3007880001 | 80 | Questionable |
| 115 | 3 | 307 | 5802 1 AVENUE | M2-1 | | 0.00 | 3008270020 | 51 | Street or Right of Way |
| 116 | 3 | 306 | 5 AVENUE | M2-1 | | 0.00 | 3009770001 | 51 | Street or Right of Way |
| 117 | 3 | 306 | 186 3 STREET | M2-1 | | 0.00 | 3009780030 | 9 | No stree frontage |
| 118 | 3 | 306 | 167 6 STREET | M2-1 | | 0.98 | 3009790014 | 75 | Irregular shaped lots |
| 119 | 3 | 306 | 1 2 AVENUE | M2-1 | | 1.98 | 3009790031 | 50 | Public (not in PLUTO) |
| 120 | 3 | 306 | 2 AVENUE | M2-1 | | 0.00 | 3009900117 | 51 | Street or Right of Way |
| 121 | 3 | 306 | 70 9 STREET | M2-1 | | 0.12 | 3010070020 | 51 | Street or Right of Way |
| 122 | 3 | 306 | 12 STREET | M1-2 | | 0.00 | 3010250018 | 51 | Street or Right of Way |
| 123 | 3 | 306 | 170 2 AVENUE | M2-1 | | 2.79 | 3010250049 | 80 | Questionable |
| 124 | 3 | 306 | HAMILTON PLACE | M1-2 | | 0.00 | 3010250200 | 51 | Street or Right of Way |
| 125 | 3 | 306 | 465 HAMILTON AVENUE | M2-1 | | 1.26 | 3010380001 | 50 | Public (not in PLUTO) |
| 126 | 3 | 302 | 200 FLUSHING AVENUE | M1-2 | | 0.94 | 3018740030 | 80 | Questionable |
| 127 | 3 | 302 | 210 FLUSHING AVENUE | M1-2 | | 2.02 | 3018750021 | 80 | Questionable |
| 128 | 3 | 302 | 8 GRAND AVENUE | M1-2 | | 2.18 | 3018770027 | 80 | Questionable |
| 129 | 3 | 302 | 10 GRAND AVENUE | M1-2 | | 5.89 | 3018770030 | 80 | Questionable |
| 130 | 3 | 301 | 1200 MANHATTAN AVENUE | M1-2 | | 0.00 | 3024770002 | 9 | No stree frontage |
| 131 | 3 | 301 | 49 ASH STREET | M1-2 | | 1.01 | 3024770052 | 9 | No stree frontage |
| 132 | 3 | 301 | 72 VARICK AVENUE | M3-1 | | 0.00 | 3029870003 | 80 | Questionable |
| 133 | 3 | 301 | 521 JOHNSON AVENUE | M3-1 | | 0.97 | 3029870016 | 50 | Public (not in PLUTO) |
| 134 | 3 | 301 | 1345 FLUSHING AVENUE | M3-1 | | 0.86 | 3029900036 | 9 | No stree frontage |
| 135 | 3 | 301 | 1293 FLUSHING AVENUE | M3-1 | | 0.87 | 3029900042 | 9 | No stree frontage |
| 136 | 3 | 301 | 89 PORTER AVENUE | M1-2 | | 2.84 | 3029930001 | 50 | Public (not in PLUTO) |
| 137 | 3 | 301 | 536 JOHNSON AVENUE | M1-2 | | 0.00 | 3029940007 | 75 | Irregular shaped lots |
| 138 | 3 | 301 | 25 STEWART AVENUE | M1-2 | | 0.00 | 3029940075 | 75 | Irregular shaped lots |
| 139 | 3 | 301 | 117 GRATTAN STREET | M1-2 | | 6.27 | 3030050001 | 80 | Questionable |
| 140 | 3 | 301 | 968 GRAND STREET | M1-2 | | 0.51 | 3030190027 | 75 | Irregular shaped lots |
| 141 | 3 | 301 | 43 MEADOW STREET | M1-2 | | 1.39 | 3030290090 | 51 | Street or Right of Way |
| 142 | 3 | 301 | 328 BOERUM STREET | M1-2 | | 0.00 | 3030830016 | 75 | Irregular shaped lots |
| 143 | 3 | 301 | 24 ROCK STREET | M1-2 | | 1.71 | 3031250007 | 75 | Irregular shaped lots |
| 144 | 3 | 304 | 379 JEFFERSON STREET | M1-1 | | 0.97 | 3031670040 | 80 | Questionable |
| 145 | 3 | 304 | 1226 FLUSHING AVENUE | M1-1 | | 1.87 | 3031680001 | 80 | Questionable |
| 146 | 3 | 304 | 4 WYCKOFF AVENUE | M1-1 | | 1.22 | 3031760034 | 80 | Questionable |
| 147 | 3 | 304 | 385 TROUTMAN STREET | M1-1 | | 1.61 | 3031760044 | 80 | Questionable |
| 148 | 3 | 305 | 200 LIBERTY AVENUE | M1-4 | | 0.89 | 3036970012 | 75 | Irregular shaped lots |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 149 | 3 | 305 | 2021 PITKIN AVENUE | M3-2 | | 0.75 | 3037180001 | 80 | Questionable |
| 150 | 3 | 305 | 802 GEORGIA AVENUE | M1-1 | | 1.06 | 3043440016 | 75 | Irregular shaped lots |
| 151 | 3 | 305 | STANLEY AVENUE | M1-1 | | 0.00 | 3043660001 | 75 | Irregular shaped lots |
| 152 | 3 | 305 | 655 ATKINS AVENUE | M1-1 | | 0.97 | 3045230018 | 51 | Street or Right of Way |
| 153 | 3 | 305 | 667 ATKINS AVENUE | M1-1 | | 0.82 | 3045230022 | 51 | Street or Right of Way |
| 154 | 3 | 305 | 654 MONTAUK AVENUE | M1-1 | | 0.72 | 3045230025 | 51 | Street or Right of Way |
| 155 | 3 | 305 | 602 MILFORD STREET | M1-1 | | 1.00 | 3045620001 | 51 | Street or Right of Way |
| 156 | 3 | 305 | 1070 LOGAN STREET | M1-1 | | 0.00 | 3045630012 | 51 | Street or Right of Way |
| 157 | 3 | 318 | 1476 UTICA AVENUE | M1-1 | | 0.88 | 3047860088 | 75 | Irregular shaped lots |
| 158 | 3 | 317 | 791 EAST 43 STREET | M1-1 | | 0.00 | 3050180011 | 75 | Irregular shaped lots |
| 159 | 3 | 311 | 1728 SHORE PARKWAY | M3-1 | | 0.21 | 3064910190 | 9 | No stree frontage |
| 160 | 3 | 311 | 1736 SHORE PARKWAY | M3-1 | | 0.85 | 3064910198 | 9 | No stree frontage |
| 161 | 3 | 311 | 1752 SHORE PARKWAY | M1-1 | | 0.52 | 3064910207 | 9 | No stree frontage |
| 162 | 3 | 313 | 2970 CROPSEY AVENUE | C8-1 | | 0.25 | 3069470500 | 9 | No stree frontage |
| 163 | 3 | 313 | 2729 WEST 16 STREET | M1-2 | CO | 0.31 | 3069960030 | 80 | Questionable |
| 164 | 3 | 313 | 1519 BOARDWALK WEST | C7 | CI | 0.00 | 3070740023 | 9 | No stree frontage |
| 165 | 3 | 313 | 1507 BOARDWALK WEST | C7 | CI | 0.00 | 3070740105 | 9 | No stree frontage |
| 166 | 3 | 318 | 8063 CHASE COURT | M1-1 | | 0.90 | 3079180145 | 50 | Public (not in PLUTO) |
| 167 | 3 | 318 | 8717 FOSTER AVENUE | M1-1 | | 0.00 | 3079200001 | 80 | Questionable |
| 168 | 3 | 318 | 8719 AVENUE D | M1-1 | | 1.27 | 3079200006 | 9 | No stree frontage |
| 169 | 3 | 318 | 8725 FOSTER AVENUE | M1-1 | | 0.76 | 3079200007 | 9 | No stree frontage |
| 170 | 3 | 318 | 8201 FOSTER AVENUE | M1-1 | | 0.40 | 3079200020 | 9 | No stree frontage |
| 171 | 3 | 318 | FOSTER AVENUE | M1-1 | | 0.00 | 3079200025 | 75 | Irregular shaped lots |
| 172 | 3 | 318 | 5811 KINGSWAY PLACE | M1-1 | | 0.03 | 3079320140 | 9 | No stree frontage |
| 173 | 3 | 318 | KINGSWAY PLACE | M1-1 | | 0.00 | 3079320145 | 9 | No stree frontage |
| 174 | 3 | 318 | KINGSWAY PLACE | M1-1 | | 0.00 | 3079320151 | 9 | No stree frontage |
| 175 | 3 | 318 | KINGSWAY PLACE | M1-1 | | 0.00 | 3079320154 | 9 | No stree frontage |
| 176 | 3 | 318 | 5747 KINGSWAY PLACE | M1-1 | | 0.00 | 3079320157 | 9 | No stree frontage |
| 177 | 3 | 318 | 5726 KINGSWAY PLACE | M1-1 | | 0.04 | 3079320162 | 9 | No stree frontage |
| 178 | 3 | 318 | 5120 AVENUE U | M3-1 | | 2.65 | 3084700055 | 9 | No stree frontage |
| 179 | 3 | 318 | 5602 AVENUE U | M3-1 | | 0.46 | 3084700114 | 9 | No stree frontage |
| 180 | 3 | 313 | 1222 BOWERY | C7 | CI | 0.00 | 3086950061 | 9 | No stree frontage |
| 181 | 3 | 313 | 3025 WEST 12 STREET | C7 | CI | 0.08 | 3086960140 | 80 | Questionable |
| 182 | 3 | 0 | | C7 | | 0.00 | 3086960210 | 80 | Questionable |
| 183 | 4 | 402 | 47-20 CENTER BOULEVARD | M3-1 | | 9.90 | 4000210070 | 9 | No stree frontage |
| 184 | 4 | 402 | 44-68 5 STREET | M1-4 | | 0.80 | 4000250015 | 75 | Irregular shaped lots |
| 185 | 4 | 402 | 11-40 BORDEN AVENUE | M3-2 | | 0.88 | 4000650020 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 186 | 4 | 402 | 24-00 NEWTOWN CREEK | M3-2 | | 0.15 | 4000680150 | 52 | Transportation/Utility (Not in PLUTO) |
| 187 | 4 | 402 | NEWTOWN CREEK | M3-2 | | 0.00 | 4000680250 | 80 | Questionable |
| 188 | 4 | 402 | 50-02 23 STREET | M1-4 | | 0.66 | 4000710021 | 80 | Questionable |
| 189 | 4 | 402 | 27 STREET | M1-4 | | 0.00 | 4000970001 | 80 | Questionable |
| 190 | 4 | 402 | 47-15 PEARSON PLACE | M1-4 | | 3.17 | 4000980011 | 50 | Public (not in PLUTO) |
| 191 | 4 | 402 | 24-30 SKILLMAN AVENUE | M1-4 | | 0.63 | 4001000001 | 80 | Questionable |
| 192 | 4 | 402 | 29 STREET | M3-2 | | 0.00 | 4001150086 | 50 | Public (not in PLUTO) |
| 193 | 4 | 402 | 29-03 DUTCH KILLS STREET | M3-2 | | 0.00 | 4001150231 | 9 | No stree frontage |
| 194 | 4 | 402 | 47-30 DUTCH KILLS STREET | M3-2 | | 0.99 | 4001150239 | 9 | No stree frontage |
| 195 | 4 | 402 | 47-20 DUTCH KILLS STREET | M3-2 | | 2.68 | 4001150249 | 9 | No stree frontage |
| 196 | 4 | 401 | 50-02 NORTHERN BOULEVARD | M1-1 | | 0.36 | 4001200050 | 9 | No stree frontage |
| 197 | 4 | 401 | 36-00 48 STREET | M1-1 | | 0.00 | 4001430021 | 75 | Irregular shaped lots |
| 198 | 4 | 402 | NORTHERN BOULEVARD | M1-1 | | 0.00 | 4001830001 | 52 | Transportation/Utility (Not in PLUTO) |
| 199 | 4 | 402 | 39-10 43 STREET | M1-1 | | 0.28 | 4001830332 | 9 | No stree frontage |
| 200 | 4 | 402 | 28-02 SKILLMAN AVENUE | M1-4 | | 0.00 | 4002720001 | 75 | Irregular shaped lots |
| 201 | 4 | 402 | 3027 NEWTOWN CREEK | M3-1 | | 0.08 | 4002940360 | 80 | Questionable |
| 202 | 4 | 402 | 37-18 RAILROAD AVENUE | M3-1 | | 0.14 | 4003120002 | 9 | No stree frontage |
| 203 | 4 | 402 | 37-50 RAILROAD AVENUE | M3-1 | | 0.55 | 4003120263 | 9 | No stree frontage |
| 204 | 4 | 402 | 37-90 REVIEW AVENUE | M3-1 | | 0.18 | 4003120272 | 9 | No stree frontage |
| 205 | 4 | 402 | 3798 RAILROAD AVENUE | M3-1 | | 0.01 | 4003120279 | 9 | No stree frontage |
| 206 | 4 | 402 | 38-20 RAILROAD AVENUE | M3-1 | | 0.19 | 4003120280 | 9 | No stree frontage |
| 207 | 4 | 402 | 38-34 REVIEW AVENUE | M3-1 | | 0.17 | 4003120300 | 9 | No stree frontage |
| 208 | 4 | 402 | 38-42 REVIEW AVENUE | M3-1 | | 0.98 | 4003120309 | 9 | No stree frontage |
| 209 | 4 | 402 | 39-14 REVIEW AVENUE | M3-1 | | 1.02 | 4003120315 | 9 | No stree frontage |
| 210 | 4 | 402 | 12-07 44 AVENUE | M1-4 | | 0.93 | 4004430001 | 9 | No stree frontage |
| 211 | 4 | 402 | 12-12 43 AVENUE | M1-4 | | 1.38 | 4004430014 | 9 | No stree frontage |
| 212 | 4 | 480 | 19 AVENUE | M1-1 | | 0.00 | 4007540150 | 9 | No stree frontage |
| 213 | 4 | 401 | 19-00 48 STREET | M1-1 | | 0.00 | 4007650020 | 51 | Street or Right of Way |
| 214 | 4 | 401 | STEINWAY STREET | M3-1 | | 0.00 | 4008140027 | 52 | Transportation/Utility (Not in PLUTO) |
| 215 | 4 | 401 | 35-15 20 AVENUE | M1-1 | | 0.00 | 4008260045 | 9 | No stree frontage |
| 216 | 4 | 481 | HORACE HARDING EXPWY | M1-1 | | 0.00 | 4020180200 | 50 | Public (not in PLUTO) |
| 217 | 4 | 402 | 55-15 43 STREET | M3-1 | | 0.72 | 4025250004 | 9 | No stree frontage |
| 218 | 4 | 402 | 42 STREET | M3-1 | | 0.00 | 4025250060 | 9 | No stree frontage |
| 219 | 4 | 402 | 44-02 57 AVENUE | M3-1 | | 0.00 | 4025290001 | 9 | No stree frontage |
| 220 | 4 | 402 | 56 DRIVE | M3-1 | | 0.00 | 4025290042 | 75 | Irregular shaped lots |
| 221 | 4 | 402 | 56-40 43 STREET | M3-1 | | 0.02 | 4025290060 | 75 | Irregular shaped lots |
| 222 | 4 | 402 | 56 DRIVE | M3-1 | | 0.00 | 4025290070 | 75 | Irregular shaped lots |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 223 | 4 | 402 | -000 57 AVENUE | M3-1 | | 0.00 | 4025520045 | 51 | Street or Right of Way |
| 224 | 4 | 402 | 56 ROAD | M3-1 | | 0.00 | 4025520069 | 9 | No stree frontage |
| 225 | 4 | 402 | 49 STREET | M3-1 | | 0.28 | 4025520124 | 80 | Questionable |
| 226 | 4 | 405 | 57-22 57 AVENUE | M3-1 | | 0.46 | 4025540055 | 9 | No stree frontage |
| 227 | 4 | 402 | 57-22 49 PLACE | M3-1 | | 0.00 | 4025540095 | 9 | No stree frontage |
| 228 | 4 | 402 | 48 STREET | M3-1 | | 0.00 | 4025540100 | 9 | No stree frontage |
| 229 | 4 | 402 | 55 AVENUE | M2-1 | | 0.00 | 4025590001 | 9 | No stree frontage |
| 230 | 4 | 402 | 48 STREET | M2-1 | | 0.00 | 4025590024 | 80 | Questionable |
| 231 | 4 | 402 | 56-07 48 STREET | M2-1 | | 0.33 | 4025620001 | 80 | Questionable |
| 232 | 4 | 402 | 56 AVENUE | M2-1 | | 0.00 | 4025620020 | 80 | Questionable |
| 233 | 4 | 402 | 56 ROAD | M2-1 | | 0.38 | 4025620025 | 9 | No stree frontage |
| 234 | 4 | 402 | 500 49 STREET | M3-1 | | 1.59 | 4025640001 | 9 | No stree frontage |
| 235 | 4 | 402 | 49 STREET | M3-1 | | 0.00 | 4025640025 | 9 | No stree frontage |
| 236 | 4 | 402 | 49 STREET | M3-1 | | 0.00 | 4025640048 | 9 | No stree frontage |
| 237 | 4 | 402 | 50 STREET | M1-1 | | 0.00 | 4025730023 | 75 | Irregular shaped lots |
| 238 | 4 | 402 | 55-30 58 STREET | M1-1 | | 1.00 | 4025730124 | 80 | Questionable |
| 239 | 4 | 402 | 56-15 55 DRIVE | M1-1 | | 0.93 | 4025730155 | 80 | Questionable |
| 240 | 4 | 402 | 56-85 49 STREET | M3-1 | | 0.18 | 4025750036 | 9 | No stree frontage |
| 241 | 4 | 402 | 56 ROAD | M3-1 | | 0.00 | 4025750129 | 9 | No stree frontage |
| 242 | 4 | 402 | 56-01 MASPETH AVENUE | M3-1 | | 0.81 | 4025750130 | 9 | No stree frontage |
| 243 | 4 | 402 | 49 LANE | M3-1 | | 0.81 | 4025750210 | 9 | No stree frontage |
| 244 | 4 | 402 | 56-16 56 DRIVE | M1-1 | | 0.00 | 4025770001 | 80 | Questionable |
| 245 | 4 | 402 | 56-38 58 STREET | M1-1 | | 1.00 | 4025850002 | 80 | Questionable |
| 246 | 4 | 402 | 56-22 58 STREET | M1-1 | | 0.00 | 4025850007 | 80 | Questionable |
| 247 | 4 | 405 | 55-70 48 STREET | M3-1 | | 0.16 | 4026000070 | 51 | Street or Right of Way |
| 248 | 4 | 405 | 55-90 48 STREET | M3-1 | | 0.13 | 4026000092 | 80 | Questionable |
| 249 | 4 | 405 | 58-08 48 STREET | M3-1 | | 0.00 | 4026000095 | 80 | Questionable |
| 250 | 4 | 405 | 48 STREET | M3-1 | | 0.00 | 4026020100 | 80 | Questionable |
| 251 | 4 | 405 | 57-52 49 PLACE | M3-1 | | 0.25 | 4026020232 | 80 | Questionable |
| 252 | 4 | 405 | 54-03 GRAND AVENUE | M3-1 | | 0.68 | 4026100242 | 9 | No stree frontage |
| 253 | 4 | 405 | 54-05 GRAND AVENUE | M3-1 | | 0.63 | 4026100244 | 9 | No stree frontage |
| 254 | 4 | 405 | 54-15 GRAND AVENUE | M3-1 | | 0.01 | 4026100305 | 9 | No stree frontage |
| 255 | 4 | 405 | 55-15 GRAND AVENUE | M3-1 | | 1.37 | 4026100336 | 9 | No stree frontage |
| 256 | 4 | 405 | 46-73 METROPOLITAN AVENUE | M3-1 | | 0.05 | 4026110035 | 80 | Questionable |
| 257 | 4 | 405 | 47-03 METROPOLITAN AVENUE | M3-1 | | 0.20 | 4026110093 | 80 | Questionable |
| 258 | 4 | 405 | 47-08 GRAND AVENUE | M3-1 | | 0.93 | 4026110102 | 80 | Questionable |
| 259 | 4 | 405 | 47-10 GRAND AVENUE | M3-1 | | 0.97 | 4026110104 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 260 | 4 | 405 | 47-12 GRAND AVENUE | M3-1 | | 0.87 | 4026110106 | 9 | No stree frontage |
| 261 | 4 | 405 | GRAND AVENUE | M3-1 | | 0.00 | 4026110110 | 75 | Irregular shaped lots |
| 262 | 4 | 405 | 48-00 GRAND AVENUE | M3-1 | | 0.02 | 4026110111 | 80 | Questionable |
| 263 | 4 | 405 | GRAND AVENUE | M3-1 | | 0.00 | 4026110135 | 75 | Irregular shaped lots |
| 264 | 4 | 405 | 52-02 GRAND AVENUE | M1-1 | | 1.08 | 4026110241 | 9 | No stree frontage |
| 265 | 4 | 405 | 52-19 FLUSHING AVENUE | M1-1 | | 0.43 | 4026110328 | 9 | No stree frontage |
| 266 | 4 | 405 | 52-15 FLUSHING AVENUE | M1-1 | | 0.93 | 4026110350 | 9 | No stree frontage |
| 267 | 4 | 405 | 52-07 FLUSHING AVENUE | M1-1 | | 1.68 | 4026110356 | 9 | No stree frontage |
| 268 | 4 | 405 | 52-01 FLUSHING AVENUE | M3-1 | | 0.98 | 4026110362 | 9 | No stree frontage |
| 269 | 4 | 405 | 50-05 METROPOLITAN AVENUE | M3-1 | | 1.32 | 4026110450 | 9 | No stree frontage |
| 270 | 4 | 405 | 48-25A METROPOLITAN AVENUE | M3-1 | | 1.66 | 4026110452 | 9 | No stree frontage |
| 271 | 4 | 405 | 49-05 METROPOLITAN AVENUE | M3-1 | | 0.26 | 4026110460 | 9 | No stree frontage |
| 272 | 4 | 405 | 48-25B METROPOLITAN AVENUE | M3-1 | | 0.83 | 4026110465 | 9 | No stree frontage |
| 273 | 4 | 405 | 49-01 METROPOLITAN AVENUE | M3-1 | | 0.00 | 4026110470 | 9 | No stree frontage |
| 274 | 4 | 402 | 59-02 BORDEN AVENUE | M1-1 | | 0.00 | 4026570040 | 80 | Questionable |
| 275 | 4 | 405 | 46-26 METROPOLITAN AVENUE | M3-1 | | 0.67 | 4033930019 | 80 | Questionable |
| 276 | 4 | 405 | 18-19 FLUSHING AVENUE | M1-1 | | 1.12 | 4034100145 | 9 | No stree frontage |
| 277 | 4 | 405 | 66-26 METROPOLITAN AVENUE | M1-2 | | 1.64 | 4036050001 | 9 | No stree frontage |
| 278 | 4 | 407 | 112 STREET | M2-1 | | 0.00 | 4040190056 | 9 | No stree frontage |
| 279 | 4 | 407 | 112 STREET | M2-1 | | 0.00 | 4040190068 | 9 | No stree frontage |
| 280 | 4 | 407 | 112 STREET | M1-1 | | 0.00 | 4040190075 | 9 | No stree frontage |
| 281 | 4 | 407 | 115 STREET | M1-1 | | 0.00 | 4040190095 | 9 | No stree frontage |
| 282 | 4 | 407 | 109-01 14 AVENUE | M2-1 | | 0.56 | 4040310001 | 80 | Questionable |
| 283 | 4 | 407 | 112-02 15 AVENUE | M2-1 | | 0.26 | 4040650001 | 9 | No stree frontage |
| 284 | 4 | 407 | 114-02 15 AVENUE | M2-1 | | 0.72 | 4040780001 | 9 | No stree frontage |
| 285 | 4 | 407 | 116-02 15 AVENUE | M2-1 | | 0.46 | 4040780026 | 9 | No stree frontage |
| 286 | 4 | 407 | 15-01 131 STREET | M1-1 | CP | 0.94 | 4041170001 | 75 | Irregular shaped lots |
| 287 | 4 | 407 | 129-01 20 AVENUE | M1-1 | | 0.50 | 4041350001 | 80 | Questionable |
| 288 | 4 | 407 | 132-01 20 AVENUE | M1-1 | CP | 0.28 | 4041380001 | 80 | Questionable |
| 289 | 4 | 407 | 134-01 20 AVENUE | M1-1 | CP | 0.59 | 4041380050 | 80 | Questionable |
| 290 | 4 | 407 | 135-05 20 AVENUE | M1-1 | CP | 0.91 | 4041430001 | 75 | Irregular shaped lots |
| 291 | 4 | 407 | 137-05 20 AVENUE | M1-1 | CP | 0.87 | 4041430030 | 9 | No stree frontage |
| 292 | 4 | 407 | 134-15 20 AVENUE | M1-1 | CP | 0.50 | 4041430040 | 9 | No stree frontage |
| 293 | 4 | 407 | 20 AVENUE | M1-1 | CP | 0.00 | 4041430060 | 80 | Questionable |
| 294 | 4 | 407 | 140-15 20 AVENUE | M1-1 | CP | 0.28 | 4041450065 | 9 | No stree frontage |
| 295 | 4 | 407 | 141-07 20 AVENUE | M1-1 | CP | 0.86 | 4041470001 | 75 | Irregular shaped lots |
| 296 | 4 | 480 | 144 STREET | M1-1 | | 0.00 | 4041580001 | 52 | Transportation/Utility (Not in PLUTO) |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 297 | 4 | 407 | 20-35 130 STREET | M2-1 | CP | 0.00 | 4041760030 | 9 | No stree frontage |
| 298 | 4 | 407 | 132 STREET | M2-1 | CP | 0.00 | 4041760075 | 9 | No stree frontage |
| 299 | 4 | 407 | 132 STREET | M2-1 | CP | 0.00 | 4041760080 | 9 | No stree frontage |
| 300 | 4 | 407 | 130-17 23 AVENUE | M2-1 | CP | 0.41 | 4042060001 | 9 | No stree frontage |
| 301 | 4 | 407 | 25-56 ULMER STREET | M2-1 | CP | 0.23 | 4042730060 | 51 | Street or Right of Way |
| 302 | 4 | 407 | 130-07 26 AVENUE | M2-1 | CP | 0.41 | 4042730075 | 51 | Street or Right of Way |
| 303 | 4 | 407 | 129-09 26 AVENUE | M2-1 | CP | 0.97 | 4042730090 | 75 | Irregular shaped lots |
| 304 | 4 | 407 | 26-15 ULMER STREET | M2-1 | CP | 0.24 | 4043020050 | 80 | Questionable |
| 305 | 4 | 407 | ULMER STREET | M2-1 | CP | 0.00 | 4043020070 | 80 | Questionable |
| 306 | 4 | 407 | 122 STREET | M2-1 | CP | 0.00 | 4043180030 | 51 | Street or Right of Way |
| 307 | 4 | 407 | 123-05 30 AVENUE | M2-1 | CP | 0.25 | 4043200001 | 51 | Street or Right of Way |
| 308 | 4 | 407 | | M2-1 | CP | 1.24 | 4043220001 | 51 | Street or Right of Way |
| 309 | 4 | 407 | 30-02 WHITESTONE EXPWY | M1-1 | CP | 0.38 | 4043310001 | 80 | Questionable |
| 310 | 4 | 407 | | M1-1 | CP | 0.67 | 4043630100 | 80 | Questionable |
| 311 | 4 | 407 | 31 ROAD | M2-1 | CP | 0.00 | 4043780001 | 9 | No stree frontage |
| 312 | 4 | 407 | 31 ROAD | M2-1 | CP | 0.00 | 4043780009 | 9 | No stree frontage |
| 313 | 4 | 407 | 31-40 123 STREET | M2-1 | CP | 0.01 | 4043780050 | 51 | Street or Right of Way |
| 314 | 4 | 407 | 31 ROAD | M2-1 | CP | 0.00 | 4043790001 | 51 | Street or Right of Way |
| 315 | 4 | 407 | 31 ROAD | M2-1 | CP | 0.00 | 4043830001 | 9 | No stree frontage |
| 316 | 4 | 407 | | M2-1 | CP | 0.16 | 4043840001 | 9 | No stree frontage |
| 317 | 4 | 407 | TALLMAN BOULEVARD | M2-1 | CP | 0.00 | 4043900026 | 9 | No stree frontage |
| 318 | 4 | 407 | 122 STREET | M2-1 | CP | 0.00 | 4043910013 | 9 | No stree frontage |
| 319 | 4 | 407 | 31-44 125 STREET | M2-1 | CP | 0.27 | 4043950002 | 51 | Street or Right of Way |
| 320 | 4 | 407 | 126 STREET | M2-1 | CP | 0.00 | 4043960031 | 9 | No stree frontage |
| 321 | 4 | 407 | TALLMAN BOULEVARD | M2-1 | CP | 0.00 | 4043970001 | 9 | No stree frontage |
| 322 | 4 | 407 | 31-70 TALLMAN BOULEVARD | M2-1 | CP | 0.07 | 4043980001 | 9 | No stree frontage |
| 323 | 4 | 407 | 127 STREET | M2-1 | CP | 0.00 | 4043990001 | 9 | No stree frontage |
| 324 | 4 | 407 | 127 STREET | M2-1 | CP | 0.28 | 4043990020 | 9 | No stree frontage |
| 325 | 4 | 407 | 31-70 127 STREET | M2-1 | CP | 0.00 | 4043990027 | 9 | No stree frontage |
| 326 | 4 | 407 | 31-70 128 STREET | M2-1 | CP | 0.03 | 4044000001 | 9 | No stree frontage |
| 327 | 4 | 407 | 31-45 DOWNING STREET | M2-1 | | 0.54 | 4044060009 | 51 | Street or Right of Way |
| 328 | 4 | 407 | 31-38 ULMER STREET | M2-1 | | 1.68 | 4044060028 | 51 | Street or Right of Way |
| 329 | 4 | 407 | 31-06 FARRINGTON STREET | M2-1 | | 0.34 | 4044060032 | 80 | Questionable |
| 330 | 4 | 407 | | M2-1 | | 0.81 | 4049450021 | 9 | No stree frontage |
| 331 | 4 | 407 | | M2-1 | | 0.89 | 4049450023 | 9 | No stree frontage |
| 332 | 4 | 407 | | M2-1 | | 0.35 | 4049450032 | 9 | No stree frontage |
| 333 | 4 | 412 | LIBERTY AVENUE | M1-1 | | 0.00 | 4103290001 | 52 | Transportation/Utility (Not in PLUTO) |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 334 | 4 | 410 | 112-20 ROCKAWAY BOULEVARD | C8-1 | | 0.29 | 4115430100 | 9 | No stree frontage |
| 335 | 4 | 413 | 165-25 146 AVENUE | M1-1 | | 0.78 | 4132960014 | 75 | Irregular shaped lots |
| 336 | 4 | 413 | 168-35 ROCKAWAY BOULEVARD | M1-1 | | 0.48 | 4133660020 | 50 | Public (not in PLUTO) |
| 337 | 4 | 413 | 182-09 149 ROAD | M1-1 | | 1.15 | 4134110001 | 75 | Irregular shaped lots |
| 338 | 4 | 413 | 248-22 BROOKVILLE BOULEVARD | M1-1 | | 0.27 | 4139140001 | 75 | Irregular shaped lots |
| 339 | 4 | 413 | 251-02 1 STREET | M1-1 | | 0.85 | 4139210063 | 75 | Irregular shaped lots |
| 340 | 4 | 413 | 144-25 153 COURT | M1-1 | | 0.00 | 4150020001 | 9 | No stree frontage |
| 341 | 4 | 413 | 145 DRIVE | M1-1 | | 0.00 | 4150060054 | 9 | No stree frontage |
| 342 | 4 | 413 | 145-54 156 STREET | M1-1 | | 1.24 | 4150100028 | 80 | Questionable |
| 343 | 4 | 414 | 75-02 AMSTEL BOULEVARD | M1-1 | | 0.09 | 4160750120 | 9 | No stree frontage |
| 344 | 4 | 414 | 350 BEACH 79 STREET | M1-1 | | 0.71 | 4161000014 | 9 | No stree frontage |
| 345 | 5 | 501 | 55 RICHMOND TERRACE | M1-1 | SG | 1.39 | 5000020015 | 80 | Questionable |
| 346 | 5 | 501 | 1432 RICHMOND TERRACE | M3-1 | | 0.15 | 5001840300 | 9 | No stree frontage |
| 347 | 5 | 501 | RICHMOND TERRACE | M3-1 | | 0.00 | 5001850038 | 9 | No stree frontage |
| 348 | 5 | 501 | 1515 RICHMOND TERRACE | M3-1 | | 0.06 | 5001850101 | 80 | Questionable |
| 349 | 5 | 501 | RICHMOND TERRACE | M1-1 | | 0.00 | 5001850235 | 9 | No stree frontage |
| 350 | 5 | 501 | 1869 RICHMOND TERRACE | M1-1 | | 0.01 | 5001850468 | 9 | No stree frontage |
| 351 | 5 | 501 | 1957 RICHMOND TERRACE | M1-1 | | 0.47 | 5001850527 | 9 | No stree frontage |
| 352 | 5 | 501 | 1983 RICHMOND TERRACE | M3-1 | | 0.05 | 5001850539 | 9 | No stree frontage |
| 353 | 5 | 501 | 1983A RICHMOND TERRACE | M3-1 | | 0.04 | 5001850750 | 9 | No stree frontage |
| 354 | 5 | 501 | 2581 RICHMOND TERRACE | M3-1 | | 0.25 | 5011070036 | 9 | No stree frontage |
| 355 | 5 | 501 | 2589 RICHMOND TERRACE | M3-1 | | 0.41 | 5011070055 | 9 | No stree frontage |
| 356 | 5 | 501 | 2705 RICHMOND TERRACE | M3-1 | | 0.05 | 5011090031 | 9 | No stree frontage |
| 357 | 5 | 501 | 2851 RICHMOND TERRACE | M3-1 | | 0.02 | 5012050001 | 9 | No stree frontage |
| 358 | 5 | 501 | 2901 RICHMOND TERRACE | M3-1 | | 0.03 | 5012050027 | 9 | No stree frontage |
| 359 | 5 | 501 | 3075 RICHMOND TERRACE | M3-1 | | 0.03 | 5012080008 | 9 | No stree frontage |
| 360 | 5 | 501 | RICHMOND TERRACE | M3-1 | | 0.00 | 5012080011 | 9 | No stree frontage |
| 361 | 5 | 501 | 3165 RICHMOND TERRACE | M3-1 | | 0.04 | 5012080015 | 9 | No stree frontage |
| 362 | 5 | 501 | RICHMOND TERRACE | M1-1 | | 0.00 | 5012080032 | 9 | No stree frontage |
| 363 | 5 | 501 | 100 CABLE WAY | M1-1 | | 0.30 | 5012680278 | 80 | Questionable |
| 364 | 5 | 501 | NORTHFIELD AVENUE | M1-1 | | 0.00 | 5012700054 | 80 | Questionable |
| 365 | 5 | 501 | FOREST AVENUE | M1-1 | | 0.00 | 5012900026 | 80 | Questionable |
| 366 | 5 | 501 | DOLSON PLACE | M1-1 | | 0.00 | 5012900356 | 9 | No stree frontage |
| 367 | 5 | 501 | 3599 RICHMOND TERRACE | M3-1 | | 0.00 | 5013090001 | 80 | Questionable |
| 368 | 5 | 501 | FOREST AVENUE | M2-1 | | 0.00 | 5013480110 | 9 | No stree frontage |
| 369 | 5 | 501 | FOREST AVENUE | M2-1 | | 0.00 | 5013800160 | 9 | No stree frontage |
| 370 | 5 | 501 | ELYSIAN COURT | M2-1 | | 0.00 | 5013920110 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 371 | 5 | 501 | ELYSIAN COURT | M2-1 | | 0.00 | 5013920115 | 9 | No stree frontage |
| 372 | 5 | 501 | GOETHALS ROAD NORTH | M2-1 | | 0.00 | 5013940116 | 52 | Transportation/Utility (Not in PLUTO) |
| 373 | 5 | 501 | FOREST AVENUE | M1-1 | | 0.00 | 5017070001 | 80 | Questionable |
| 374 | 5 | 501 | FOREST AVENUE | M1-1 | | 0.00 | 5017070005 | 80 | Questionable |
| 375 | 5 | 501 | SOUTH AVENUE | M1-1 | | 0.00 | 5017150100 | 9 | No stree frontage |
| 376 | 5 | 501 | MORROW STREET | M2-1 | | 0.00 | 5017170070 | 75 | Irregular shaped lots |
| 377 | 5 | 501 | FOREST AVENUE | M1-1 | | 0.00 | 5017170095 | 80 | Questionable |
| 378 | 5 | 501 | GOETHALS ROAD NORTH | M1-1 | | 0.00 | 5017170140 | 80 | Questionable |
| 379 | 5 | 502 | 1120 SOUTH AVENUE | M1-1 | | 1.02 | 5017250510 | 9 | No stree frontage |
| 380 | 5 | 502 | WEST SHORE EXPWY | M1-1 | | 0.00 | 5017250600 | 9 | No stree frontage |
| 381 | 5 | 502 | 546 GULF AVENUE | M3-1 | | 0.43 | 5017600035 | 80 | Questionable |
| 382 | 5 | 502 | 526 GULF AVENUE | M3-1 | | 0.00 | 5017600045 | 9 | No stree frontage |
| 383 | 5 | 502 | 600 GULF AVENUE | M3-1 | | 0.00 | 5017600115 | 51 | Street or Right of Way |
| 384 | 5 | 502 | 600 GULF AVENUE | M2-1 | | 0.86 | 5017600215 | 9 | No stree frontage |
| 385 | 5 | 502 | CHELSEA ROAD | M3-1 | | 0.00 | 5017800015 | 80 | Questionable |
| 386 | 5 | 502 | BLOOMFIELD AVENUE | M3-1 | | 0.00 | 5017800186 | 80 | Questionable |
| 387 | 5 | 502 | BLOOMFIELD AVENUE | M3-1 | | 0.00 | 5017800250 | 9 | No stree frontage |
| 388 | 5 | 502 | BLOOMFIELD AVENUE | M3-1 | | 0.00 | 5017800270 | 9 | No stree frontage |
| 389 | 5 | 502 | GULF AVENUE | M2-1 | | 0.00 | 5017900120 | 80 | Questionable |
| 390 | 5 | 502 | 1900 SOUTH AVENUE | M3-1 | | 0.00 | 5018010035 | 9 | No stree frontage |
| 391 | 5 | 502 | BLOOMFIELD ROAD | M3-1 | | 0.00 | 5018010125 | 50 | Public (not in PLUTO) |
| 392 | 5 | 502 | 501 INDUSTRY ROAD | M2-1 | | 0.29 | 5018010150 | 9 | No stree frontage |
| 393 | 5 | 502 | 1800 SOUTH AVENUE | M3-1 | | 0.00 | 5018010160 | 80 | Questionable |
| 394 | 5 | 502 | BLOOMFIELD AVENUE | M3-1 | | 0.00 | 5018150260 | 9 | No stree frontage |
| 395 | 5 | 502 | RIVER ROAD | M3-1 | | 0.00 | 5018350050 | 80 | Questionable |
| 396 | 5 | 502 | RIVER ROAD | M3-1 | | 0.00 | 5018350055 | 9 | No stree frontage |
| 397 | 5 | 502 | RIVER ROAD | M3-1 | | 0.00 | 5018350070 | 9 | No stree frontage |
| 398 | 5 | 502 | 500 BLOOMFIELD ROAD | M3-1 | | 0.00 | 5018350150 | 9 | No stree frontage |
| 399 | 5 | 502 | ARTHUR KILL ROAD | M3-1 | | 0.00 | 5018350300 | 9 | No stree frontage |
| 400 | 5 | 502 | BLOOMFIELD ROAD | M3-1 | | 0.00 | 5018350350 | 9 | No stree frontage |
| 401 | 5 | 502 | BLOOMFIELD ROAD | M3-1 | | 0.00 | 5018350400 | 9 | No stree frontage |
| 402 | 5 | 502 | BLOOMFIELD ROAD | M3-1 | | 0.00 | 5018350500 | 9 | No stree frontage |
| 403 | 5 | 502 | BLOOMFIELD AVENUE | M3-1 | | 0.00 | 5018350550 | 9 | No stree frontage |
| 404 | 5 | 502 | FOREST AVENUE | M2-1 | | 0.00 | 5018550003 | 9 | No stree frontage |
| 405 | 5 | 0 | | M2-1 | | 0.00 | 5018550178 | 9 | No stree frontage |
| 406 | 5 | 502 | 2173 GULF AVENUE | M2-1 | | 0.18 | 5018650089 | 80 | Questionable |
| 407 | 5 | 502 | SOUTH AVENUE | M1-1 | | 0.90 | 5021650120 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 408 | 5 | 502 | 3465 VICTORY BOULEVARD | M1-1 | | 0.01 | 5021720033 | 9 | No stree frontage |
| 409 | 5 | 502 | 300 WILD AVENUE | M1-1 | | 1.23 | 5026470013 | 9 | No stree frontage |
| 410 | 5 | 502 | 310 WILD AVENUE | M1-1 | | 1.03 | 5026470021 | 9 | No stree frontage |
| 411 | 5 | 502 | 4380 VICTORY BOULEVARD | M3-1 | | 0.58 | 5026610011 | 9 | No stree frontage |
| 412 | 5 | 502 | 2 CRABBS LANE | M3-1 | | 0.15 | 5026610200 | 80 | Questionable |
| 413 | 5 | 502 | 3 CRABBS LANE | M3-1 | | 0.20 | 5026610201 | 80 | Questionable |
| 414 | 5 | 502 | VICTORY BOULEVARD | M3-1 | | 0.00 | 5027050001 | 50 | Public (not in PLUTO) |
| 415 | 5 | 502 | WILD AVENUE | M3-1 | | 0.00 | 5027050090 | 80 | Questionable |
| 416 | 5 | 502 | WILD AVENUE | M3-1 | | 0.00 | 5027050190 | 9 | No stree frontage |
| 417 | 5 | 502 | VICTORY BOULEVARD | M3-1 | | 0.00 | 5027050201 | 52 | Transportation/Utility (Not in PLUTO) |
| 418 | 5 | 502 | 4435 VICTORY BOULEVARD | M3-1 | | 0.43 | 5027050220 | 9 | No stree frontage |
| 419 | 5 | 502 | VICTORY BOULEVARD | M1-1 | | 0.00 | 5027840029 | 9 | No stree frontage |
| 420 | 5 | 502 | 1322 TRAVIS AVENUE | M1-1 | | 0.00 | 5027840110 | 9 | No stree frontage |
| 421 | 5 | 502 | BARON BOULEVARD | M1-1 | | 0.00 | 5027850071 | 9 | No stree frontage |
| 422 | 5 | 502 | BARON BOULEVARD | M1-1 | | 0.00 | 5027850141 | 80 | Questionable |
| 423 | 5 | 502 | LATIMER AVENUE | M1-1 | | 0.00 | 5027870141 | 9 | No stree frontage |
| 424 | 5 | 502 | MEREDITH AVENUE | M3-1 | | 0.00 | 5028100014 | 9 | No stree frontage |
| 425 | 5 | 502 | MEREDITH AVENUE | M3-1 | | 0.00 | 5028100047 | 9 | No stree frontage |
| 426 | 5 | 502 | 280 MEREDITH AVENUE | M3-1 | | 0.05 | 5028100059 | 9 | No stree frontage |
| 427 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5059000015 | 9 | No stree frontage |
| 428 | 5 | 503 | 1549 ARTHUR KILL ROAD | M1-1 | SRD | 0.23 | 5059000020 | 9 | No stree frontage |
| 429 | 5 | 503 | 1527 ARTHUR KILL ROAD | M1-1 | SRD | 1.32 | 5059000036 | 9 | No stree frontage |
| 430 | 5 | 503 | VETERANS ROAD WEST | M2-1 | SRD | 0.00 | 5070670135 | 50 | Public (not in PLUTO) |
| 431 | 5 | 503 | VETERANS ROAD WEST | M1-1 | SRD | 0.00 | 5071050506 | 9 | No stree frontage |
| 432 | 5 | 503 | NORMAN STREET | M1-1 | SRD | 0.00 | 5071200063 | 9 | No stree frontage |
| 433 | 5 | 503 | NORMAN STREET | M1-1 | SRD | 0.00 | 5071200076 | 9 | No stree frontage |
| 434 | 5 | 503 | NORMAN STREET | M1-1 | SRD | 0.00 | 5071200096 | 9 | No stree frontage |
| 435 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5071200113 | 9 | No stree frontage |
| 436 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5071200148 | 9 | No stree frontage |
| 437 | 5 | 503 | ARTHUR KILL ROAD | M2-1 | SRD | 0.00 | 5071200191 | 9 | No stree frontage |
| 438 | 5 | 503 | VETERANS ROAD WEST | M1-1 | SRD | 0.00 | 5071200270 | 9 | No stree frontage |
| 439 | 5 | 503 | CLAY PIT ROAD | M1-1 | SRD | 0.00 | 5071320001 | 9 | No stree frontage |
| 440 | 5 | 503 | 2341 ARTHUR KILL ROAD | M3-1 | SRD | 0.15 | 5071520001 | 9 | No stree frontage |
| 441 | 5 | 503 | 2351 ARTHUR KILL ROAD | M2-1 | SRD | 0.00 | 5071520003 | 9 | No stree frontage |
| 442 | 5 | 503 | 2355 ARTHUR KILL ROAD | M2-1 | SRD | 0.26 | 5071520008 | 9 | No stree frontage |
| 443 | 5 | 503 | 2607 ARTHUR KILL ROAD | M2-1 | SRD | 0.16 | 5071530001 | 9 | No stree frontage |
| 444 | 5 | 503 | ARTHUR KILL ROAD | M2-1 | SRD | 0.00 | 5071530013 | 9 | No stree frontage |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 445 | 5 | 503 | ARTHUR KILL ROAD | M3-1 | SRD | 0.00 | 5071530025 | 9 | No stree frontage |
| 446 | 5 | 503 | 2571 ARTHUR KILL ROAD | M2-1 | SRD | 0.93 | 5071530060 | 9 | No stree frontage |
| 447 | 5 | 503 | 2911 ARTHUR KILL ROAD | M3-1 | SRD | 0.12 | 5071870001 | 50 | Public (not in PLUTO) |
| 448 | 5 | 503 | 360 INDUSTRIAL LOOP | M3-1 | SRD | 0.49 | 5072060101 | 80 | Questionable |
| 449 | 5 | 503 | 220 INDUSTRIAL LOOP | M3-1 | SRD | 0.33 | 5072060130 | 80 | Questionable |
| 450 | 5 | 503 | INDUSTRIAL LOOP | M3-1 | SRD | 0.00 | 5072060500 | 51 | Street or Right of Way |
| 451 | 5 | 503 | INDUSTRIAL LOOP | M3-1 | SRD | 0.00 | 5072060508 | 9 | No stree frontage |
| 452 | 5 | 503 | DERICK COURT | M3-1 | SRD | 0.00 | 5072060510 | 9 | No stree frontage |
| 453 | 5 | 503 | ARTHUR KILL ROAD | M3-1 | SRD | 0.00 | 5072070138 | 9 | No stree frontage |
| 454 | 5 | 503 | JOHNSON AVENUE | M3-1 | SRD | 0.00 | 5072070140 | 9 | No stree frontage |
| 455 | 5 | 503 | JOHNSON AVENUE | M3-1 | SRD | 0.00 | 5072070150 | 9 | No stree frontage |
| 456 | 5 | 503 | 151 JOHNSON STREET | M3-1 | SRD | 0.00 | 5072070255 | 9 | No stree frontage |
| 457 | 5 | 503 | 135 JOHNSON STREET | M3-1 | SRD | 0.22 | 5072070293 | 80 | Questionable |
| 458 | 5 | 503 | CLAY PIT ROAD | M1-1 | SRD | 0.00 | 5072810025 | 9 | No stree frontage |
| 459 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5073280210 | 9 | No stree frontage |
| 460 | 5 | 503 | 4260 ARTHUR KILL ROAD | M1-1 | SRD | 0.51 | 5073280253 | 75 | Irregular shaped lots |
| 461 | 5 | 503 | SHARROTTS ROAD | M1-1 | SRD | 0.00 | 5073280363 | 9 | No stree frontage |
| 462 | 5 | 503 | SHARROTTS ROAD | M1-1 | SRD | 0.00 | 5073280366 | 9 | No stree frontage |
| 463 | 5 | 503 | SHARROTTS ROAD | M1-1 | SRD | 0.00 | 5073280374 | 9 | No stree frontage |
| 464 | 5 | 503 | 48 MARJORIE STREET | M1-1 | SRD | 0.09 | 5073280640 | 9 | No stree frontage |
| 465 | 5 | 503 | 44 MARJORIE STREET | M1-1 | SRD | 0.97 | 5073280645 | 9 | No stree frontage |
| 466 | 5 | 503 | 54 MARJORIE STREET | M1-1 | SRD | 0.76 | 5073280650 | 9 | No stree frontage |
| 467 | 5 | 503 | 64 MARJORIE STREET | M1-1 | SRD | 0.76 | 5073280655 | 9 | No stree frontage |
| 468 | 5 | 503 | ENGLEWOOD AVENUE | M1-1 | SRD | 0.00 | 5073760008 | 9 | No stree frontage |
| 469 | 5 | 503 | ENGLEWOOD AVENUE | M1-1 | SRD | 0.00 | 5073800001 | 9 | No stree frontage |
| 470 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5073850019 | 53 | House of Worship |
| 471 | 5 | 503 | SHARROTTS ROAD | M3-1 | SRD | 0.00 | 5073850236 | 9 | No stree frontage |
| 472 | 5 | 503 | ELLIS ROAD | M3-1 | SRD | 0.00 | 5073850275 | 9 | No stree frontage |
| 473 | 5 | 503 | ELLIS ROAD | M3-1 | SRD | 0.00 | 5073850300 | 9 | No stree frontage |
| 474 | 5 | 503 | 27 BRIENNA COURT | M1-1 | SRD | 0.49 | 5074000060 | 9 | No stree frontage |
| 475 | 5 | 503 | 22 BRIENNA COURT | M1-1 | SRD | 0.60 | 5074000064 | 9 | No stree frontage |
| 476 | 5 | 503 | SHARROTTS ROAD | M1-1 | SRD | 0.00 | 5074000081 | 9 | No stree frontage |
| 477 | 5 | 503 | 47 TRIOKA WAY | M1-1 | SRD | 0.46 | 5074000085 | 9 | No stree frontage |
| 478 | 5 | 503 | 65 WINANT PLACE | M1-1 | SRD | 0.00 | 5074000097 | 9 | No stree frontage |
| 479 | 5 | 503 | 20 BRICK COURT | M1-1 | SRD | 0.63 | 5074000110 | 9 | No stree frontage |
| 480 | 5 | 503 | SHARROTTS ROAD | M1-1 | SRD | 0.00 | 5074000250 | 9 | No stree frontage |
| 481 | 5 | 503 | 120 WINANT PLACE | M1-1 | SRD | 0.17 | 5074080054 | 75 | Irregular shaped lots |

| Count | Boro Code | CD | Address | ZoneDist1 | SPDist1 | BuiltFAR | BBL | DCP Review Code | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| 482 | 5 | 503 | ANDROVETTE STREET | M1-1 | SRD | 0.00 | 5074080100 | 9 | No stree frontage |
| 483 | 5 | 503 | ANDROVETTE STREET | M1-1 | SRD | 0.00 | 5074080149 | 75 | Irregular shaped lots |
| 484 | 5 | 503 | 60 BRICKTOWN WAY | M1-1 | SRD | 0.00 | 5074460075 | 75 | Irregular shaped lots |
| 485 | 5 | 503 | 85 BRICKTOWN WAY | M1-1 | SRD | 0.26 | 5074460100 | 9 | No stree frontage |
| 486 | 5 | 503 | 4442 ARTHUR KILL ROAD | M1-1 | SRD | 0.71 | 5074650075 | 75 | Irregular shaped lots |
| 487 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5074650126 | 9 | No stree frontage |
| 488 | 5 | 503 | VETERANS ROAD WEST | M1-1 | SRD | 0.00 | 5074690115 | 75 | Irregular shaped lots |
| 489 | 5 | 503 | 2900 VETERANS ROAD WEST | M1-1 | SRD | 0.27 | 5074810001 | 75 | Irregular shaped lots |
| 490 | 5 | 503 | SERVICE ROAD | M1-1 | SRD | 0.00 | 5075150340 | 75 | Irregular shaped lots |
| 491 | 5 | 503 | 1 OUTERBRIDGE AVENUE | M1-1 | SRD | 0.00 | 5075150342 | 9 | No stree frontage |
| 492 | 5 | 503 | OUTERBRIDGE AVENUE | M1-1 | SRD | 0.00 | 5075150347 | 9 | No stree frontage |
| 493 | 5 | 503 | OUTERBRIDGE AVENUE | M1-1 | SRD | 0.00 | 5075150350 | 9 | No stree frontage |
| 494 | 5 | 503 | PAGE AVENUE | M1-1 | SRD | 0.00 | 5075800017 | 9 | No stree frontage |
| 495 | 5 | 503 | PAGE AVENUE | M1-1 | SRD | 0.00 | 5075800080 | 9 | No stree frontage |
| 496 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5075900150 | 9 | No stree frontage |
| 497 | 5 | 503 | KREISCHER STREET | M1-1 | SRD | 0.00 | 5075960045 | 9 | No stree frontage |
| 498 | 5 | 503 | 4741 ARTHUR KILL ROAD | M3-1 | SRD | 0.00 | 5076140001 | 75 | Irregular shaped lots |
| 499 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5076200075 | 75 | Irregular shaped lots |
| 500 | 5 | 503 | ARTHUR KILL ROAD | M1-1 | SRD | 0.00 | 5076320050 | 9 | No stree frontage |
| 501 | 5 | 503 | RICHMOND VALLEY ROAD | M1-1 | SRD | 0.00 | 5076320150 | 9 | No stree frontage |
| 502 | 5 | 503 | RICHMOND VALLEY ROAD | M1-1 | SRD | 0.00 | 5076320151 | 75 | Irregular shaped lots |
| 503 | 5 | 503 | NASSAU PLACE | M3-1 | SRD | 0.00 | 5079830100 | 75 | Irregular shaped lots |
| 504 | 5 | 503 | ELLIS STREET | M3-1 | SRD | 0.00 | 5079870001 | 9 | No stree frontage |
| 505 | 5 | 503 | ELLIS STREET | M3-1 | SRD | 0.00 | 5079870005 | 9 | No stree frontage |
| 506 | 5 | 503 | ELLIS STREET | M3-1 | SRD | 0.00 | 5079870015 | 9 | No stree frontage |
| 507 | 5 | 503 | ELLIS STREET | M3-1 | SRD | 0.00 | 5079910039 | 9 | No stree frontage |
| 508 | 5 | 503 | 101F ELLIS STREET | M3-1 | SRD | 0.51 | 5079910050 | 9 | No stree frontage |
| 509 | 5 | 503 | 101 ELLIS STREET | M3-1 | SRD | 0.00 | 5079910065 | 9 | No stree frontage |
| 510 | 5 | 503 | 99 ELLIS STREET | M3-1 | SRD | 0.46 | 5079910100 | 9 | No stree frontage |
| 511 | 5 | 503 | ELLIS STREET | M3-1 | SRD | 0.00 | 5079910101 | 9 | No stree frontage |
| 512 | 5 | 503 | 135 ELLIS STREET | M3-1 | SRD | 0.01 | 5079950075 | 9 | No stree frontage |
| 513 | 5 | 503 | 210 ELLIS STREET | M1-1 | SRD | 0.00 | 5079980100 | 9 | No stree frontage |
| 514 | 5 | 503 | 225 ELLIS STREET | M1-1 | SRD | 0.01 | 5079980130 | 9 | No stree frontage |