**Proximity Model Results: BBL list for least amount of lots to allow adult use estabalishments**

(Ran on lots that permit adult use after mixed use building code lots were buffered, total 1,275 lots)

| Count | combo_1 | combo_2 | combo_3 |
|---|---|---|---|
| 1 | 1006650011 | 1006650011 | 1006650011 |
| 2 | 1006720001 | 1006720001 | 1006720001 |
| 3 | 1006750001 | 1006750001 | 1006750001 |
| 4 | 1007570031 | 1007570031 | 1007570031 |
| 5 | 1010940017 | 1010940017 | 1010940017 |
| 6 | 2025430001 | 2025430001 | 2025430001 |
| 7 | 2025830050 | 2025830050 | 2025830050 |
| 8 | 2025850026 | 2025850026 | 2025850026 |
| 9 | 2025880033 | 2025880033 | 2025880033 |
| 10 | 2025900016 | 2025900016 | 2025900016 |
| 11 | 2025910046 | 2025910046 | 2025910046 |
| 12 | 2025950033 | 2025950033 | 2025950033 |
| 13 | 2025990069 | 2025990069 | 2025990069 |
| 14 | 2025990100 | 2025990100 | 2025990100 |
| 15 | 2026060003 | 2026060003 | 2026060003 |
| 16 | 2026060030 | 2026060030 | 2026060030 |
| 17 | 2027620309 | 2027620309 | 2027620309 |
| 18 | 2027620421 | 2027620421 | 2027620421 |
| 19 | 2027640086 | 2027640086 | 2027640086 |
| 20 | 2027650001 | 2027650001 | 2027650001 |
| 21 | 2027660260 | 2027660260 | 2027660260 |
| 22 | 2027680081 | 2027680081 | 2027680081 |
| 23 | 2027680159 | 2027680159 | 2027680159 |
| 24 | 2027680305 | 2027680305 | 2027680305 |
| 25 | 2027690064 | 2027690064 | 2027690064 |
| 26 | 2027690205 | 2027690205 | 2027690205 |
| 27 | 2027710135 | 2027710135 | 2027710135 |
| 28 | 2027720061 | 2027720061 | 2027720061 |
| 29 | 2027720213 | 2027720213 | 2027720213 |
| 30 | 2027740142 | 2027740142 | 2027740142 |
| 31 | 2027740306 | 2027740306 | 2027740306 |
| 32 | 2027750073 | 2027750073 | 2027750073 |
| 33 | 2027750208 | 2027750208 | 2027750208 |
| 34 | 2027770025 | 2027770025 | 2027770025 |
| 35 | 2027770166 | 2027770166 | 2027770166 |
| 36 | 2035400101 | 2035400101 | 2035400101 |
| 37 | 2036160001 | 2036160001 | 2036160001 |
| 38 | 2038400023 | 2038400023 | 2038400023 |
| 39 | 2038510001 | 2038510001 | 2038510001 |
| 40 | 2049530059 | 2049530059 | 2049530059 |
| 41 | 2052850002 | 2052550020 | 2052550020 |
| 42 | 2056550221 | 2052770001 | 2052770001 |
| 43 | 3004200001 | 2052830016 | 2052830016 |
| 44 | 3004830001 | 2052850003 | 2052850003 |
| 45 | 3005140001 | 2056550221 | 2056550221 |
| 46 | 3005950200 | 3004200001 | 3004200001 |

**Proximity Model Results: BBL list for least amount of lots to allow adult use estabalishments**

(Ran on lots that permit adult use after mixed use building code lots were buffered, total 1,275 lots)

| Count | combo_1 | combo_2 | combo_3 |
|---|---|---|---|
| 47 | 3006120205 | 3004830001 | 3004830001 |
| 48 | 3006230100 | 3005140001 | 3005140001 |
| 49 | 3006250080 | 3005950200 | 3005950200 |
| 50 | 3006830001 | 3006120205 | 3006120205 |
| 51 | 3006950001 | 3006230100 | 3006230100 |
| 52 | 3007060001 | 3006250080 | 3006250080 |
| 53 | 3007260001 | 3006830001 | 3006830001 |
| 54 | 3007350001 | 3006950001 | 3006950001 |
| 55 | 3007710040 | 3007060001 | 3007060001 |
| 56 | 3007960001 | 3007260001 | 3007260001 |
| 57 | 3008030035 | 3007350001 | 3007350001 |
| 58 | 3008030067 | 3007710040 | 3007710040 |
| 59 | 3009790018 | 3007960001 | 3007960001 |
| 60 | 3009900050 | 3008030035 | 3008030035 |
| 61 | 3010070220 | 3008030067 | 3008030067 |
| 62 | 3010390001 | 3009790018 | 3009790018 |
| 63 | 3025780001 | 3009900050 | 3009900050 |
| 64 | 3025810028 | 3010070220 | 3010070220 |
| 65 | 3026150025 | 3010390001 | 3010390001 |
| 66 | 3026280006 | 3025780001 | 3025780001 |
| 67 | 3026610001 | 3025810028 | 3025810028 |
| 68 | 3028190011 | 3026150025 | 3026150025 |
| 69 | 3028420006 | 3026280006 | 3026280006 |
| 70 | 3028430023 | 3026610001 | 3026610001 |
| 71 | 3029870006 | 3028190011 | 3028190011 |
| 72 | 3029880037 | 3028420006 | 3028420006 |
| 73 | 3029900001 | 3028430023 | 3028430023 |
| 74 | 3029920021 | 3029870006 | 3029870006 |
| 75 | 3030070003 | 3029880037 | 3029880037 |
| 76 | 3030290038 | 3029900001 | 3029900001 |
| 77 | 3030560001 | 3029920021 | 3029920021 |
| 78 | 3036500001 | 3030070003 | 3030070003 |
| 79 | 3037000001 | 3030290038 | 3030290038 |
| 80 | 3037340001 | 3030560001 | 3030560001 |
| 81 | 3043630028 | 3036500001 | 3036500001 |
| 82 | 3043880028 | 3037000001 | 3037000001 |
| 83 | 3044070001 | 3037340001 | 3037340001 |
| 84 | 3045220020 | 3043630028 | 3043630028 |
| 85 | 3045590001 | 3043880028 | 3043880028 |
| 86 | 3064910011 | 3044070001 | 3044070001 |
| 87 | 3064910293 | 3045220020 | 3045220020 |
| 88 | 3069960042 | 3045590001 | 3045590001 |
| 89 | 3079180080 | 3064910011 | 3064910011 |
| 90 | 3079200004 | 3064910293 | 3064910293 |
| 91 | 4000360001 | 3069960042 | 3069960042 |
| 92 | 4000650057 | 3079180080 | 3079180080 |

**Proximity Model Results: BBL list for least amount of lots to allow adult use estabalishments**

(Ran on lots that permit adult use after mixed use building code lots were buffered, total 1,275 lots)

| Count | combo_1 | combo_2 | combo_3 |
|---|---|---|---|
| 93 | 4000680055 | 3079200004 | 3079200004 |
| 94 | 4000690014 | 4000360001 | 4000360001 |
| 95 | 4000960001 | 4000650057 | 4000650057 |
| 96 | 4000980022 | 4000680055 | 4000680055 |
| 97 | 4001150210 | 4000690014 | 4000690014 |
| 98 | 4001200012 | 4000960001 | 4000960001 |
| 99 | 4001830051 | 4000980022 | 4000980022 |
| 100 | 4002160020 | 4001150210 | 4001150210 |
| 101 | 4002400001 | 4001200012 | 4001200012 |
| 102 | 4002500001 | 4001830051 | 4001830051 |
| 103 | 4002550001 | 4002160020 | 4002160020 |
| 104 | 4002610015 | 4002400001 | 4002400001 |
| 105 | 4002840001 | 4002500001 | 4002500001 |
| 106 | 4002900001 | 4002550001 | 4002550001 |
| 107 | 4002930001 | 4002610015 | 4002610015 |
| 108 | 4002940200 | 4002840001 | 4002840001 |
| 109 | 4004430010 | 4002900001 | 4002900001 |
| 110 | 4004540020 | 4002930001 | 4002930001 |
| 111 | 4004600005 | 4002940200 | 4002940200 |
| 112 | 4004760017 | 4004430010 | 4004430010 |
| 113 | 4007650001 | 4004540020 | 4004540020 |
| 114 | 4007880010 | 4004600005 | 4004600005 |
| 115 | 4007900015 | 4004760017 | 4004760017 |
| 116 | 4008010018 | 4007650001 | 4007650001 |
| 117 | 4008020045 | 4007880010 | 4007880010 |
| 118 | 4008130065 | 4007900015 | 4007900015 |
| 119 | 4008260028 | 4008010018 | 4008010018 |
| 120 | 4010640002 | 4008020045 | 4008020045 |
| 121 | 4023440004 | 4008130065 | 4008130065 |
| 122 | 4025200060 | 4008260028 | 4008260028 |
| 123 | 4025230002 | 4010640002 | 4010640002 |
| 124 | 4025290030 | 4023440004 | 4023440004 |
| 125 | 4025460001 | 4025200060 | 4025200060 |
| 126 | 4025500078 | 4025230002 | 4025230002 |
| 127 | 4025520024 | 4025290030 | 4025290030 |
| 128 | 4025730025 | 4025460001 | 4025460001 |
| 129 | 4025750160 | 4025500078 | 4025500078 |
| 130 | 4025750300 | 4025520024 | 4025520024 |
| 131 | 4026010001 | 4025730025 | 4025730025 |
| 132 | 4026010040 | 4025750160 | 4025750160 |
| 133 | 4026020190 | 4025750300 | 4025750300 |
| 134 | 4026030012 | 4026020058 | 4026010001 |
| 135 | 4026100219 | 4026030001 | 4026020220 |
| 136 | 4026110480 | 4026100240 | 4026100118 |
| 137 | 4026570028 | 4026110071 | 4026110071 |
| 138 | 4026620080 | 4026570028 | 4026570028 |

**Proximity Model Results: BBL list for least amount of lots to allow adult use estabalishments**

(Ran on lots that permit adult use after mixed use building code lots were buffered, total 1,275 lots)

| Count | combo_1 | combo_2 | combo_3 |
|---|---|---|---|
| 139 | 4033930001 | 4026620080 | 4026620080 |
| 140 | 4041370001 | 4041370001 | 4041370001 |
| 141 | 4041450001 | 4041450001 | 4041450001 |
| 142 | 4042070016 | 4042070016 | 4042070016 |
| 143 | 4043180001 | 4043180001 | 4043180001 |
| 144 | 4043200047 | 4043200047 | 4043200047 |
| 145 | 4043570002 | 4043570002 | 4043570002 |
| 146 | 4043670001 | 4043670001 | 4043670001 |
| 147 | 4043770001 | 4043770001 | 4043770001 |
| 148 | 4043840020 | 4043840020 | 4043840020 |
| 149 | 4043950008 | 4043950008 | 4043950008 |
| 150 | 4049450019 | 4049450019 | 4049450019 |
| 151 | 4049460006 | 4049460006 | 4049460006 |
| 152 | 4103360059 | 4103360059 | 4103360059 |
| 153 | 4129990160 | 4129990160 | 4129990160 |
| 154 | 4132960101 | 4132960101 | 4132960101 |
| 155 | 4133640070 | 4133640070 | 4133640070 |
| 156 | 4134060183 | 4134060183 | 4134060183 |
| 157 | 4134130001 | 4134130001 | 4134130001 |
| 158 | 4134190013 | 4134190013 | 4134190013 |
| 159 | 4137910020 | 4137910020 | 4137910020 |
| 160 | 4137910023 | 4137910023 | 4137910023 |
| 161 | 4138950001 | 4138950001 | 4138950001 |
| 162 | 4138950080 | 4138950080 | 4138950080 |
| 163 | 4142600090 | 4142600090 | 4142600090 |
| 164 | 4142600111 | 4142600111 | 4142600111 |
| 165 | 4150060065 | 4150060065 | 4150060065 |
| 166 | 4161660281 | 4161660281 | 4161660281 |
| 167 | 5000040021 | 5000040021 | 5000040021 |
| 168 | 5012700007 | 5012700007 | 5012700007 |
| 169 | 5012900101 | 5012900101 | 5012900101 |
| 170 | 5013800001 | 5013800001 | 5013800001 |
| 171 | 5013840041 | 5013840041 | 5013840041 |
| 172 | 5014100183 | 5014100183 | 5014100183 |
| 173 | 5017150050 | 5017150050 | 5017150050 |
| 174 | 5017250085 | 5017250085 | 5017250085 |
| 175 | 5017250195 | 5017250195 | 5017250195 |
| 176 | 5017600001 | 5017600001 | 5017600001 |
| 177 | 5017800057 | 5017800057 | 5017800057 |
| 178 | 5018010010 | 5018010010 | 5018010010 |
| 179 | 5018010100 | 5018010100 | 5018010100 |
| 180 | 5018550009 | 5018550009 | 5018550009 |
| 181 | 5021620600 | 5021620600 | 5021620600 |
| 182 | 5026380050 | 5026380050 | 5026380050 |
| 183 | 5027050140 | 5027050140 | 5027050140 |
| 184 | 5027050225 | 5027050225 | 5027050225 |

**Proximity Model Results: BBL list for least amount of lots to allow adult use estabalishments**

(Ran on lots that permit adult use after mixed use building code lots were buffered, total 1,275 lots)

| Count | combo_1 | combo_2 | combo_3 |
|---|---|---|---|
| 185 | 5027860071 | 5027860071 | 5027860071 |
| 186 | 5070670112 | 5070670112 | 5070670112 |
| 187 | 5071000028 | 5071000028 | 5071000028 |
| 188 | 5071320050 | 5071320050 | 5071320050 |
| 189 | 5071440490 | 5071440490 | 5071440490 |
| 190 | 5071520010 | 5071520010 | 5071520010 |
| 191 | 5072060056 | 5072060056 | 5072060056 |
| 192 | 5072060086 | 5072060086 | 5072060086 |
| 193 | 5072060315 | 5072060315 | 5072060315 |
| 194 | 5072930250 | 5072930250 | 5072930250 |
| 195 | 5073280265 | 5073280265 | 5073280265 |
| 196 | 5073850001 | 5073850001 | 5073850001 |
| 197 | 5073850231 | 5073850231 | 5073850231 |
| 198 | 5074690190 | 5074690190 | 5074690190 |
| 199 | 5074870050 | 5074870050 | 5074870050 |
| 200 | 5075150200 | 5075150200 | 5075150200 |
| 201 | 5075800020 | 5075800020 | 5075800020 |
| 202 | 5075840037 | 5075840037 | 5075840037 |
| 203 | 5075840075 | 5075840075 | 5075840075 |
| 204 | 5079830016 | 5079830016 | 5079830016 |