UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

689 EATERY CORP., etc., *et ano.,*       :

                                Plaintiffs,

                                          :

                - against -                      Civil Action No.

                                          :          02 CV 4431 (LJL)

THE CITY OF NEW YORK, et al.,

                                Defendants.   :

-------------------------------------------------------------X

59 MURRAY ENTERPRISES INC., etc., *et al.,*  :

                                Plaintiffs,

                                            :

                - against -                      Civil Action No.

                                          :          02 CV 4432 (LJL)

THE CITY OF NEW YORK, et al.,

                                Defendants.   :

-------------------------------------------------------------X

CLUB AT 60TH STREET, INC., etc., *et al.,*    :

                                Plaintiffs,

                                            :

                - against -                      Civil Action No.

                                          :          02 CV 8333 (LJL)

THE CITY OF NEW YORK,

                                Defendant.    :

-------------------------------------------------------------X

336 LLC., etc., *et al.,*                    :

                                Plaintiffs,

                                            :

                - against -                      Civil Action No.

                                          :          18 CV 3732 (LJL)

THE CITY OF NEW YORK, *et al.,*

                                Defendants.   :

-------------------------------------------------------------X

**NOTICE OF FILING OF**
**CONSOLIDATED STATEMENT OF STIPULATED FACTS**

      ***PLEASE TAKE NOTICE*** that the undersigned hereby jointly file the attached

Consolidated Statement of Stipulated Facts dated May 19, 2023.


Dated: May 19, 2023                     Respectfully submitted,

                                    **G**. **RANDALL GARROU, ESQ.**
                                    **JEROME M. MOONEY, ESQ.**
                                    *Lead Counsel for Plaintiffs in*
                                    *02 Civ 8333 (LJL)*
                                    Weston Garrou & Mooney
                                    12121 Wilshire Blvd # 525
                                    Los Angeles, CA 90025
                                    (310) 442-0072
                                    *randygarrou@wgdlaw.com*
                                    *jerrym@mooneylaw.com*

                                    -and-

                                    **ALAN ABRAMSON, ESQ.**
                                    *Local Counsel for Plaintiffs in*
                                    *02 Civ 8333 (LJL)*
                                    Abramson & Morak
                                    35 Worth Street, # 3
                                    New York, NY 10013
                                    (212) 226-7098
                                    *alanabramson@abramsonmorak.com*


                                    By:  s/G. Randall Garrou
                                        G. Randall Garrou


                                    s/ Jeffrey M. Nye
                                    JEFFREY M. Nye, ESQ.
                                    *Counsel for Plaintiffs in*
                                    *02 Civ 4431 (LJL)*
                                    Stagnaro, Saba & Patterson Co., LPA
                                    7373 Beechmont Avenue
                                    Cincinnati, OH 45230
                                    *(513) 533-6714*
                                    *jmn@sspfirm.com*

/s/ Edward S. Rudofsky
EDWARD S. RUDOFSKY, ESQ.
*Counsel for Plaintiffs in 02 Civ 4432 (LJL)*
Zane and Rudofsky
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
*ed@rudofskylaw.com*


**ERICA T. DUBNO, ESQ.**
*Counsel for Plaintiffs in*
*18 Civ 3732 (LJL)*
Fahringer & Dubno
43 West 43rd St #261
New York, NY 10036
(212) 319-5351
*erica.dubno@fahringerlaw.com*


By:   s/Erica T. Dubno
         Erica T. Dubno


**SHERYL NEUFELD, ESQ.**
**MARK MUSCHENHEIM, ESQ.**
**KERRI DEVINE, ESQ.**
*Counsel for Defendants in*
*All Actions*
Office of NYC Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 356-1000
*sneufeld@law.nyc.gov*
*mmuschen@law.nyc.gov*
*kdevine@law.nyc.gov*


By:   s/Mark Muschenheim
         Mark Muschenheim


3