UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

689 EATERY CORP., etc., *et ano.*,   :
              Plaintiffs,
              :
   - against -                        Civil Action No.
              :       02 CV 4431 (LJL)
THE CITY OF NEW YORK, et al.,
              Defendants.  :
------------------------------------------------------------------X

59 MURRAY ENTERPRISES INC., etc., *et al.*,   :
              Plaintiffs,
              :
   - against -                        Civil Action No.
              :       02 CV 4432 (LJL)
THE CITY OF NEW YORK, et al.,
              Defendants.  :
------------------------------------------------------------------X

CLUB AT 60TH STREET, INC., etc., *et al.*,   :
              Plaintiffs,
              :
   - against -                        Civil Action No.
              :       02 CV 8333 (LJL)
THE CITY OF NEW YORK,
              Defendant.  :
------------------------------------------------------------------X
336 LLC., etc., *et al.*,   :
              Plaintiffs,
              :
   - against -                        Civil Action No.
              :       18 CV 3732 (LJL)
THE CITY OF NEW YORK, *et al.*,
              Defendants.  :
------------------------------------------------------------------X

**<u>CORRECTED</u> NOTICE OF FILING OF**
**CONSOLIDATED STATEMENT OF STIPULATED FACTS**

***PLEASE TAKE NOTICE*** that the undersigned hereby jointly file the attached Consolidated Statement of Stipulated Facts dated May 19, 2023.

Dated: May 19, 2023

Respectfully submitted,

**G. RANDALL GARROU, ESQ.**
**JEROME M. MOONEY, ESQ.**
*Lead Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*
Weston Garrou & Mooney
12121 Wilshire Blvd # 525
Los Angeles, CA 90025
(310) 442-0072
*randygarrou@wgdlaw.com*
*jerrym@mooneylaw.com*

-and-

**ALAN ABRAMSON, ESQ.**
*Local Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*
Abramson & Morak
35 Worth Street, # 3
New York, NY 10013
(212) 226-7098
*alanabramson@abramsonmorak.com*

By: s/G. Randall Garrou
G. Randall Garrou

s/ Jeffrey M. Nye
JEFFREY M. Nye, ESQ.
*Counsel for Plaintiffs in*
*02 Civ 4431 (LJL)*
Stagnaro, Saba & Patterson Co., LPA
7373 Beechmont Avenue
Cincinnati, OH 45230
*(513) 533-6714*
*jmn@sspfirm.com*

/s/ Edward S. Rudofsky
EDWARD S. RUDOFSKY, ESQ.
*Counsel for Plaintiffs in 02 Civ 4432 (LJL)*
Zane and Rudofsky
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
*ed@rudofskylaw.com*


**ERICA T. DUBNO, ESQ.**
*Counsel for Plaintiffs in*
*18 Civ 3732 (LJL)*
Fahringer & Dubno
43 West 43rd St #261
New York, NY 10036
(212) 319-5351
*erica.dubno@fahringerlaw.com*


By:   s/Erica T. Dubno
        Erica T. Dubno


**SHERYL NEUFELD, ESQ.**
**MARK MUSCHENHEIM, ESQ.**
**KERRI DEVINE, ESQ.**
*Counsel for Defendants in*
*All Actions*
Office of NYC Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 356-1000
*sneufeld@law.nyc.gov*
*mmuschen@law.nyc.gov*
*kdevine@law.nyc.gov*

By:   s/Mark Muschenheim
        Mark Muschenheim

3