UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

689 EATERY CORP., etc., *et ano.,*
                     Plaintiffs,     :

                                     :

          - against -                        Civil Action No.
                                     :        02 CV 4431 (LJL)

THE CITY OF NEW YORK, et al.,
                     Defendants..   :
-------------------------------------------------------------X

59 MURRAY ENTERPRISES INC., etc., *et al.,*
                     Plaintiffs,     :

                                     :

          - against -                        Civil Action No.
                                     :        02 CV 4432 (LJL)

THE CITY OF NEW YORK, et al.,
                     Defendants.   :
-------------------------------------------------------------X

CLUB AT 60TH STREET, INC., etc., *et al.,*
                     Plaintiffs,     :

                                     :

          - against -                        Civil Action No.
                                     :        02 CV 8333 (LJL)

THE CITY OF NEW YORK,
                     Defendant.   :
-------------------------------------------------------------X
336 LLC., etc., *et al.,*
                     Plaintiffs,     :

                                     :

          - against -                        Civil Action No.
                                     :        18 CV 3732 (LJL)

THE CITY OF NEW YORK, *et al.*,
                     Defendants.   :
-------------------------------------------------------------X

## **<u>SECOND OMNIBUS STIPULATION AND ORDER</u>**

1

**WHEREAS,** by Order dated May 2, 2023 the Court, *inter alia,* granted the parties leave to renew, by re-filing, Plaintiffs' motions for partial summary judgment, Defendants' motions for summary judgment, and Plaintiffs' cross-motions for summary judgment (the "Renewed Motions"); and

**WHEREAS,** the Court subsequently modified and clarified the May 2, 2023 Order by its Order dated May 8, 2023, and by the Stipulation and Order dated May 15, 2023 (collectively, the "Orders"); and

**WHEREAS,** counsel for the parties have conferred with one another and recognize the necessity of further supplementing and clarifying the Orders as hereinbelow provided, so that the parties may timely comply with them;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.     The notices of motion and cross-motion to be re-filed on May 26, 2023 may be modified from the earlier versions, but only to the extent of: (a) adding the word "Renewed" to their titles; (b) identifying any additional declarations being offered in support of the motions; and (c) modifying or deleting information relating to the time that opposition and reply papers are due to be filed.

2.     To the extent the re-filed briefs due on May 26, 2023, make reference to previously filed documents which themselves are being refiled, any references to the original filing dates or document numbers or page numbers of those other such refiled documents shall remain unchanged but shall be understood as a reference to the date or

document number or page of their refiled versions.  Even though the earlier briefs are replaced by the re-filed briefs verbatim, the parties cannot know what the new ECF references will be until the re-filed briefs are e-filed.  Accordingly, the "Renewed" briefs due on Friday, May 26, 2023, will retain the prior references even though superseded by the new ones being filed Friday.[*]

3.      The briefs due June 9, 2023, and July 9, 2023, may make reference to evidentiary filings that are already in the record and those evidentiary filings need not be re-filed.

4.      Facsimile/electronic signatures of this Stipulation shall be deemed original for all purposes.

Dated: May 25, 2023                Respectfully submitted,


                                   G. Randall Garrou
                                   randygarrou@wgdlaw.com
                                   Of Counsel to Weston Garrou & Mooney
                                   12121 Wilshire Blvd. Suite 525
                                   Los Angeles CA 90025
                                   (310) 749-6069
                                   randygarrou@wgdlaw.com

                                   Jerome H. Mooney
                                   jerrym@mooneylaw.com
                                   Weston Garrou & Mooney
                                   12121 Wilshire Blvd. Suite 525
                                   Los Angeles CA 90025
                                   (310) 442-0072

---

[*] By way of example and not limitation, Plaintiffs' Renewed briefs would say "In Defendants' Memorandum in Support of Motion for Summary Judgment filed on September 16, 2022, the City says …."  This type of language will remain intact.

Alan M. Abramson
alanabramson@abramsonmorak.com
ABRAMSON & MORAK
35 Worth Street
New York, NY 10013
(212) 226-7098

by   /s/ G. Randall Garrou
    G. RANDALL GARROU

*Counsel for Plaintiffs in*
*02 Civ 8333 (LJL)*

**JEFFREY M. Nye, ESQ.**
*Counsel for Plaintiffs in*
*02 Civ 4431 (LJL)*
Stagnaro, Saba & Patterson Co., LPA
7373 Beechmont Avenue
Cincinnati, OH 45230
(513) 533-6714
jmn@sspfirm.com

By: s/ Jeffrey M. Nye
    Jeffrey M. Nye

**EDWARD S. RUDOFSDKY, ESQ.**
*Counsel for Plaintiffs in*
*02 Civ 4432 (LJL)*
Zane and Rudofsky
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
eed@rudofskylaw.com

*By:  /s/ Edward S. Rudofsky*
    Edward S. Rudofsky, Esq.

4

**ERICA T. DUBNO, ESQ.**
*Counsel for Plaintiffs in*
*18 Civ 3732 (LJL)*
Fahringer & Dubno
43 West 43rd St #261
New York, NY 10036
(212) 319-5351
*erica.dubno@fahringerlaw.com*


By:\_\_\_\_s/Erica T. Dubno_____
             Erica T. Dubno


**SHERYL NEUFELD, ESQ.**
**MARK MUSCHENHEIM, ESQ.**
**KERRI DEVINE, ESQ.**
*Counsel for Defendants in*
*All Actions*
Office of NYC Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 356-1000
*sneufeld@law.nyc.gov*
*mmuschen@law.nyc.gov*
*kdevine@law.nyc.gov*


By:\_\_\_\_s/Kerri A. Devine_____
             Kerri A. Devine


## IT IS SO ORDERED

_____
LEWIS J. LIMAN
United States District Judge


Dated May \_\_25\_\_ , 2023