UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

CLUB AT 60TH STREET, INC., et al.,

                    Plaintiffs,

                    -against-

                                            02 Civ. 8333 (LJL)

THE CITY OF NEW YORK,

                    Defendant.


-------------------------------------------------------------------------

725 EATERY CORP., et al.,

                    Plaintiffs,

                    -against-

                                            02 Civ. 4431 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.


-------------------------------------------------------------------------

59 MURRAY ENTERPRISES, INC., et al.

                    Plaintiffs,

                    -against-

                                            02 Civ. 4432 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.

-------------------------------------------------------------------------

336 LLC, et al.,

                    Plaintiffs,

                    -against-

                                          18 Civ. 3732 (LJL)

THE CITY OF NEW YORK, et al.,

                    Defendants.

-------------------------------------------------------------------------

## NOTICE OF RENEWED MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, that upon the May 9, 2022 Joint Request and Stipulations Regarding Taking of Judicial Notice, the May 19, 2023 Consolidated Statement of Stipulated Facts, the declaration of Susan E. Amron, filed September 16, 2022, the declaration of Rodney Gittens, filed September 16, 2022, the declaration of Frank Ruchala, filed March 28, 2023, the declaration of Matthew J. Croswell, filed May 19, 2023, the declaration of Rodney Gittens, filed May 19, 2023, the memorandum of law dated May 26, 2023, and upon all prior pleadings and proceedings herein, defendants will move this Court before the Honorable Lewis J. Liman, United States District Court Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for summary judgment in favor of defendants in all four above-captioned matters, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated

May 2, 2023, defendants' reply papers, if any, shall be served by June 9, 2023.


Dated:      New York, New York
              May 26, 2023

                                  Hon. Sylvia Hinds-Radix
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendants*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2214

By: _____

                                  Kerri Devine
                                  Assistant Corporation Counsel