

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK W. MUSCHENHEIM**<br>Phone: 212-356-2186<br>Fax: 212-356-2059<br>Email: mmuschen@law.nyc.gov |

July 20, 2023

By ECF

Hon. Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: **725 Eatery Corp., et al. v. City of New York, et al.,
      Case No. 02 CV 4431 (LJL)**

      **59 Murray Corp., e al. v. City of New York, et al.,
      Case No. 02 CV 4432 (LJL)**

      **Club at 60th Street, et al. v. City of New York
      Case No. 02 CV 8333 (LJL)**

      **336 LLC v. City of New York
      Case No. 18 CV 3732 (LJL)**

Dear Judge Liman:

   This office represents Defendants in the four above-referenced related actions. We write to request that Docket #212 filed in the 729 Eatery Corp., be unsealed; the 729 Eatery Corp. plaintiffs consent to this request. Defendants inadvertently filed this document under seal on May 19, 2023. We apologize for this error, and thank the Court for its consideration.

                  Respectfully submitted,

                   Mark W. Muschenheim
                   Assistant Corporation Counsel

cc: All Plainitffs' Counsel (via ECF)