UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

725 EATERY CORP., et al.,

                        Plaintiffs,              **NOTICE OF APPEARANCE**

      -against-                                  02 CV 4431 (LJL)

THE CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that Scali Riggs, Assistant Corporation Counsel in the office of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, hereby appears on behalf of defendants in the above-captioned action. The undersigned counsel respectfully requests to receive notice of all docket events via the Electronic Case Filing system and certifies that she is admitted to practice before this Court.

Dated:       New York, New York
               September 22, 2023

                                                  HON. SYLVIA O. HINDS-RADIX
                                                  Corporation Counsel of the City of New York
                                                  100 Church Street, Room 5-178
                                                  New York, New York 10007
                                                  sriggs@law.nyc.gov
                                                  Tel: (212) 356-2197
                                                  Fax: (212) 356-2019

                                            By:  *Scali Riggs*
                                                      Scali Riggs
                                                      Assistant Corporation Counsel