UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

CLUB AT 60TH STREET, INC., et al.,

                Plaintiffs,

                -against-

                                            02 Civ. 8333 (LJL)

THE CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------------

725 EATERY CORP., et al.,

                Plaintiffs,

                -against-

                                            02 Civ. 4431 (LJL)

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------------

59 MURRAY ENTERPRISES, INC., et al.

                Plaintiffs,

                -against-                            02 Civ. 4432 (LJL)

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------------

336 LLC, et al.,

                Plaintiffs,                       18 Civ. 3732 (LJL)

                -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------------

## NOTICE OF MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law dated September 22, 2023, and upon all prior pleadings and proceedings herein, defendants will move this Court before the Honorable Lewis J. Liman, United States District Court Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, on October 20, 2023, in advance of trial, for an Order pursuant to the Federal Rules of Evidence to exclude certain testimony and documents at trial, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated September 14, 2023, plaintiffs' opposition papers, if any, shall be served by October 6, 2023, and defendants' reply papers, if any, shall be served by October 10, 2023.

Dated:   New York, New York
         September 22, 2023

        Hon. Sylvia Hinds-Radix
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2214

        By: _____
            Mark W. Muschenheim
            Assistant Corporation Counsel