

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SCALI RIGGS**
Phone: (212) 356-2197
Fax: (212) 356-2019
sriggs@law.nyc.gov

October 6, 2023

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *725 Eatery Corp., etc. et ano. v. City of New York, et al.,*
               Docket No. 02 CV 4431 (LJL)

           *59 Murray Enterprises, Inc. etc., et ano. v. City of New York, et al.,*
           Docket No. 02 CV 4432 (LJL)

           *Club at 60th Street, et al. v. City of New York*
           Docket No. 02 CV 8333 (LJL)

           *336 LLC, etc, et al. v. City of New York*
           Docket No. 18 CV 3732 (LJL)

Your Honor:

      This office represents the Defendants in the above-referenced actions. We write per this Court's September 14, 2023 directive (ECF 234 in the *725 Eatery Corp.* case) to inform the Court that, having reviewed Plaintiff Club at 60th Street's opposition to Defendants' motions *in limine*, Defendants intend to submit a short reply on or before October 10, 2023, and will file the same reply to the forthcoming oppositions to be filed by Plaintiffs in the other three actions.

                                                       Respectfully submitted,

                                                       /S/

                                                      Scali Riggs
                                                      Assistant Corporation Counsel

2

cc: Counsel of Record (via ECF)