```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
689 EATERY CORP., etc. *et ano.*,                           :
                      Plaintiffs,                           :
            -v-                                             :    02-cv-4431 (LJL)
                                                            :
CITY OF NEW YORK, *et al.*,                                 :    ORDER
                      Defendants.                           :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
59 MURRAY ENTERPRISES, INC. etc., *et ano.*,                :
                      Plaintiffs,                           :    02-cv-4432 (LJL)
            -v-                                             :
                                                            :    ORDER
CITY OF NEW YORK, *et al.*,                                 :
                      Defendants.                           :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
CLUB AT 60TH STREET, *et al.*,                              :
                      Plaintiffs,                           :    02-cv-8333 (LJL)
                                                            :
            -v-                                             :    ORDER
                                                            :
CITY OF NEW YORK,                                           :
                      Defendant.                            :
------------------------------------------------------------X
------------------------------------------------------------X
                                                            :
336 LLC, etc., *et al.*,                                    :
                      Plaintiffs,                           :    18-cv-3732 (LJL)
                                                            :
            -v-                                             :    ORDER
                                                            :
CITY OF NEW YORK,                                           :
                      Defendant.                            :
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Trial in this case is scheduled for November 15, 2023. The parties have already filed a consolidated statement of stipulated facts and the declarations that will serve as the testimony of each witness at the bench trial. *Motions in limine* have been filed and decided. The Court has directed the parties to exchange the names of the witnesses whom they intend to cross examine at

trial on or before October 30, 2023, and to submit a joint letter to the Court with such names by that date.  Dkt. No. 234.  A final pretrial conference is scheduled for November 8, 2023.  At the request of the parties, that conference will now be held remotely rather than in person.  As previously stated, Dkt. Nos. 204, 234, the parties are directed on or before October 30, 2023, to submit to the Court a joint letter setting forth the exhibits that the parties intend to rely upon at trial (with a citation to the location in the docket where such exhibits appears) to the extent that such exhibit is not an exhibit to a declaration that is being offered as evidence as well as the objections that any party has to either the exhibits or the paragraphs of the declarations along with a citation to the rule of evidence upon which the objecting party relies.  By November 8, 2023, the parties shall file on the docket any exhibits that have not already been filed on the docket.  The parties are otherwise relieved from the requirements for a Joint Pretrial Order and pretrial filings set forth in the Court's Individual Practices at Section 5 A-E.

SO ORDERED.
Date: October 23, 2023

_____
LEWIS J. LIMAN
United States District Judge