

| | | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Mark W. Muschenheim<br>Phone: 212-356-2186<br>Email: mmuschen@law.nyc.gov |

October 30, 2023

By ECF

Hon. Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **725 Eatery Corp., et al. v. City of New York, et al.,
                  Case No. 02 CV 4431 (WHP)**

                **59 Murray Corp., etc., et ano. v. City of New York, et al.,
                Case No. 02 CV 4432 (WHP)**

                **Club at 60th Street, et al. v. City of New York
                Case No. 02 CV 8333 (WHP)**

                **336 LLC v. City of New York
                <u>Case No. 18 CV 3732 (WHP)</u>**

Dear Judge Liman:

        This office represents defendants in the four above-referenced related actions.

        In light of Your Honor's comments during the October 20, 2023 appearance and the October 23, 2023 Memorandum & Order (ECF 241 in 02 cv 4431), the defendants have endeavored to limit their objections to the evidence proffered by the plaintiffs. To preserve defendants' relevancy objections in an efficient manner, the attached document sets forth the defendants' objections solely to relevance as to the declarations, exhibits and stipulated facts proffered by plaintiffs. If Your Honor would prefer that these relevancy objections be set forth in some other format, the defendants would of course comply with Your Honor's directive.

We thank the Court for its consideration.

Respectfully submitted,

Mark W. Muschenheim
Assistant Corporation Counsel

Attachment

cc: Counsel of Record (via ECF)