## DEFENDANTS' RELEVANCE OBJECTIONS FRE 401/402

**A. Defendants' Relevance Objections to Plaintiffs' Direct Testimony Declarations**

| Declaration or Affidavit | Date | Description | ECF, Dkt., and Page No. | Paragraph(s) |
|---|---|---|---|---|
| David M. Talla | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 201 | Paragraphs 10-14, 19, 20, 22, 33, 34 |
| David M. Talla | 9/16/2022 | Declaration in support of club plaintiffs' motions for partial summary judgment | 157 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Keith Warech | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 222 | Paragraphs 6, 7 |
| Keith Warech | 9/16/2022 | Declaration in support of club plaintiffs' motions for partial summary judgment | 171 Case No. 04431 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Anthony Capeci | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 236 | Paragraphs 8-13 |
| Barry Lipsitz | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 239 | Paragraphs 7-14, 19-28, 32 |

| Barry Lipsitz | 9/23/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 138 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
|---|---|---|---|---|
| Anthony D'Amico | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 257 | Paragraphs 6-12, 16 |
| Anthony D'Amico | 9/23/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 139 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Maurice Kavanagh | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 271 | Paragraphs 7-15, 19 |
| Daniel J. Zazzali | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 63 | Paragraphs 19-23, 25, 28, 29, 35-36, 50-57, 67, 73 |
| Daniel J. Zazzali | 9/12/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 132 Case No. 03732 | Paragraphs 8, 9 |
| Daniel Knecht | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 90 | Paragraphs 3, 5, 15 |
| Daniel Knecht | 9/16/22 | Declaration in support of plaintiffs' motions | 133 Case No. 03732 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in |

|  |  | for partial summary judgment |  | their objections to those prior declarations. |
|---|---|---|---|---|
| Yitzik Shachaf | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 109 | Paragraphs 3-5, 13, 15 |
| Dr. Lance Freeman | 11/21/2018 | Affidavit of Dr. Lance Freeman | 62 Page 186 | Entire Declaration |
| Dr. Hugh Kelly | 11/28/21018 | Declaration of Hugh Kelly, PhD, CRE In Support of Plaintiffs' Motion for Preliminary Injunction | 62 Page 135 | Entire Declaration |
| Dr. Elliot Sclar | 11/21/2018 | Declaration of Dr. Elliot Sclar in support of plaintiffs' motion for preliminary injunction | 71 Page 22 | Paragraphs 77-115 |
| Dr. Elliot Sclar | 3/15/2019 | Reply declaration of Dr. Elliot Sclar in support of plaintiffs' motion for preliminary injunction | 100 Page 25 | Entire Declaration |
| Michael Berzak | 11/21/18 | Declaration of Michael Berzak regarding adult business sites in support of plaintiff's motion for preliminary injunction. | 59 Page 21 | Paragraphs 5, 6, 24-32, 35-38, 40 |
| Michael Berzak | 1/2/2019 | Supplemental and correcting declaration of Michael Berzak regarding adult | 80 | Entire Declaration |

| | | business sites in support of plaintiffs' motions for preliminary injunctions | | |
|---|---|---|---|---|
| Michael Berzak | 11/21/18 | Declaration of Michael Berzak in support of permitting issues presented in plaintiffs' motion for preliminary injunction | 62 Page 79 | Paragraphs 8 – 9(b), 18, 22-23, 27-31, 36, 39-45 47-49 |
| Michael Berzak | 3/15/19 | Reply declaration of Michael Berzak re permitting issues presented in plaintiffs' motion for a preliminary injuction | 97 Page 101 | Paragraph 6 |
| Michael Berzak | 3/15/19 | Reply declaration of Michael Berzak re sites issues presented in plaintiffs' motion for preliminary injunction | 98, 99 + 100 | Paragraphs 1-13 |
| Michael Berzak | 9/16/22 | Declaration in support of motion for partial summary judgment | 156 | Entire declaration |
| Michael Berzak | 5/19/23 | Trial Declaration and supplemental declaration in support of motion for partial summary judgment | 190 | Entire declaration |

## B.  Defendants' Relevance Objections to Plaintiffs' Exhibits

| Exhibit No. | Description | JNR Volume No. | JNR Page No. | ECF, Dkt., and Page No. |
|---|---|---|---|---|
| 61 | Moss and Quing, "The Dynamic Population of Manhattan", Rudin Center for Transportation Policy and Management of the New York University Wagner School of Public Service (2012) (https://wagner.nyu.edu /files/faculty /publications/ dynamic pop manhattan.pdf) | 9 | 1361-1385 | 147-9 Page 10 |
| 62 | Linz and Paul, "Measuring the Secondary Effects of 60/40 Businesses in New York City: A Study of Calls For Service to the Police", including Figures and Tables (2005) (Exhibits 6 and 6A admitted into evidence at evidentiary hearing held on February 23 through March 2, 2009 in *Ten's Cabaret, Inc. v. City of New York*, Supreme Court, New York County, Index No. 121197 /2002 | 9 | 1386-1436 | 147-9 Page 35 |
| 63 | Freeman, "Examining The Relationship Between Businesses That Comply With the ' 60/40' Zoning Regulations and Surrounding Property Values in New York City" (2008) (Exhibit 8 admitted in evidence at evidentiary hearing held on February 23 through March 2, 2009 in *Ten's Cabaret, Inc. v. City of New York,* Supreme Court, New York County, Index No. 121197 /2002 | 9 | 1437-1471 | 147-9 Page 86 |
| 64 | Focus Probe, Inc., "Perceived Differences Between Adult Entertainment Clubs With ' Subdued Facades ' vs. 'Loud Facades'), with photographs (Exhibits 12, 12A, 12B and 12C admitted in evidence at evidentiary hearing held on February 23 through March 2, 2009, in *Ten's Cabaret, Inc. v. City of New York*, Supreme Court, New York County, Index No. 121197 /2002) | 9 | 1472-1495 | 147-9 Page 121 |
| 65 | Charles V. Bagli, "Going Out With a Building Boom, Mayor Pushes Billions in Projects", N.Y. Times, Dec. 15, 2013 (https://nyti.ms/ 1hVKOOQ) | 9 | 1496-1500 | 147-9 Page 143 |

| 66 | Ford Fessenden, "The Bloomberg Years: Reshaping New York", N.Y. Times, Aug. 18, 2013 (interactive feature) (http://www.nytimes.com/newsgraphics/2013/08/18/ reshaping-new-york/index.html) | 9 | 1501 | 147-9 Page 148 |
| 67 | Jonathan Lemire, "Michael Bloomberg's NYC Mayoralty Comes to an End", Associated Press, Jan. 1, 2014 (https://www.dailyfreeman.com/news/michael-bloomberg-s-nyc-mayoralty-comes-to-an-end/article901c8f2f-labd-5l50-b23d- 9fc9674265b3 .html) | 9 | 1502-1503 | 147-9 Page 149 |
| 68 | James Dao, "The 1993 Elections:  Staten Island; Secession is Approved; Next Move is Albany's", N.Y. Times, Nov. 3, 1993 (https://www.nytimes.com/l993/ll/03/ nyregion/thel993-elections-staten-island-secession-is-approvednext-move-is-albany-s.html) | 9 | 1504-1506 | 147-9 Page 151 |
| 74 | 2019 Times Square Alliance Chart entitled "Annual Crime in Times Square" | 10 | 1595 | 147-10 Page 87 |
| A | Exhibit A to David M. Talla Declaration[1] | | | 62 Page 214 |

---

[1] Exhibit A to the David M. Talla Declaration is identical to the "Exhibit A" attached to the declarations of Keith Warech, Barry Lipsitz, Anthony D'Amico, and Maurice Kavanagh. Defendants assert the same objections to this Exhibit each time it is used.

### C.  Defendants' Relevance Objections to Stipulated Facts

Defendants object to the following paragraphs from the Parties' Consolidated Statement of Facts filed May 19, 2023 (ECF 216-1 of Docket 02-CV-4431):

36
58 (f), (l), (n)
143-144
145 (b)-(i)
146-158
185-186
200
203-206