# ZANE AND RUDOFSKY
### Attorneys and Counsellors at Law

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001
(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

**Please Note Our New Contact Information:**
**c/o Edward S. Rudofsky, P.C., Five Arrowwood Lane, Melville, New York 11747**
**ed@rudofskylaw.com; 917-913-9697**

October 30, 2023

Hon. Lewis J. Liman, U.S.D.J.                                                               *Via ECF*
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **689 Eatery Corp., etc. et ano. v. City of New York, et al.,**
   **Docket No. 02 CV 4431 (LJL) ("Action No. 1")**

   **59 Murray Enterprises, Inc. etc., et ano. v. City of New York, et al.,**
   **Docket No. 02 CV 4432 (LJL) ("Action No. 2")**

   **Club at 60th Street, et al. v. City of New York**
   **Docket No. 02 CV 8333 (LJL) ("Action No. 3")**

   **336 LLC, etc, et al. v. City of New York**
   **Docket No. 18 CV 3732 (LJL) ("Action No. 4")**

Dear Judge Liman:

   We represent the plaintiffs in Action No. 2, and on behalf of all counsel for all parties in all of the actions, write jointly with respect to the trial presently scheduled to be held in this matter on November 15, 2023, further to the letter filed with Your Honor and "so ordered" on October 27, 2023 ("October 27 Letter/Order").

   We are concurrently e-filing herewith the joint list of exhibits, including the exhibits set forth in the May 9, 2022, Judicial Notice Request filed in all of the actions and the exhibits to declarations described in the October 27 Letter/Order.  As there are no

ZANE AND RUDOFSKY

objections to any of the exhibits, other than as to relevance (to be submitted in a separate filing later today only by the City), we have eliminated the "Objections" columns. However, as noted in the October 27 Letter/Order, objections to portions of *declarations*, if any, will be jointly filed with the Court by November 3, 2023. Also, to have all the evidence referenced in just one list, this list identifies the location of all the declarations previously identified by the parties for inclusion and provides hyperlinks to them.

      As always, counsel thank the Court in advance for its attention to these matters.

      Respectfully,

      *Edward S. Rudofsky*
      Edward S. Rudofsky

Cc: All Counsel (Via E-Filing)