Exhibits from Joint Judicial Notice Request Filed 5-9-22

| Exhibit No. | DESCRIPTION | JNR Volume # | JNR Page # | ECF* Dkt # + Page # |
|---|---|---|---|---|
| 1 | Resolution 1322-1995, approving Text Amendment N 950384 ZRY ("1995 Ordinance") | 1 | 20-34 | 147-1 Page 4 |
| 2 | Resolution 0208-1998, approving Text Amendment N 980135 ZRY ("1998 Amendments"), as published in Vol. I of Proceedings of the Council of the City of New York for the period January 7, 1998 to June 24, 1998 | 1 | 35-56 | 147-1 Page 19 |
| 3 | Resolution 2096-21, approving Text Amendment N 010508 ZRY ("2001 Amendments"), as signed by the Clerk of the City of New York | 1 | 57-74 | 147-1 Page 41 |
| 4 | Portions of NYC Council Resolution 586-24 amending ZR 32-01 & 42-01 regarding adult businesses ("2004 Amendments"), as published in Vol. II, Part I, of Proceedings of the Council of the City of New York for the period July 21, 2004 to December 15, 2004 | 1 | 75-81 | 147-1 Page 59 |
| 5 | Portions of NYC Council Resolution 0499-2010 amending, ZR 32-01 & 42-01 regarding adult businesses) ("2010 Amendments"),as published in Vol. II, Part I, of Proceedings of the Council of the City of New York for the period July 29, 2010 to December 20, 2010 | 1 | 82-89 | 147-1 Page 66 |
| 6 | Directive 14 of 1975 (authorizing professional certification of applications for building permits by architects and engineers) | 1 | 90-92 | 147-1 Page 74 |
| 7 | OPPN 17/95 (prohibiting professional certification of adult establishment filings by architects and engineers) | 1 | 93-108 | 147-1 Page 77 |
| 8 | OPPN 6/96 (reaffirming prohibition on professional certification of filings related to adult establishments by architects and engineers) | 1 | 109-116 | 147-1 Page 93 |
| 9 | OPPN 7/96 (defining "place of worship" and "church") | 1 | 117-118 | 147-1 Page 101 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 10 | OPPN 8/96 (describing methodology for measuring separation between adult establishments and other adult establishments or sensitive receptors) | 1 | 119-123 | 147-1 Page 119 |
| 11 | OPPN 4/98 (definition of "substantial portion") | 1 | 124-126 | 147-1 Page 108 |
| 12 | OPPN 6/98 (explanation of "substantial portion" in context of multiple uses) | 1 | 127-129 | 147-1 Page 111 |
| 13 | OPPN 5/02 (clarifying procedures for professional certification by architects and engineers) | 1 | 130-135 | 147-1 Page 114 |
| 14 | OPPN 7/02 (clarifying procedures for securing "priority" as an adult establishment) | 1 | 136-138 | 147-1 Page 120 |
| 15 | OPPN 1/04 (clarifying procedures for professional certification by architects and engineers) | 1 | 139-149 | 147-1 Page 123 |
| 16 | Buildings Bulletin 2016-010 (describing procedures for professional certification) | 1 | 150-153 | 147-1 Page 134 |
| 17 | Buildings Bulletin 2020-005 (describing procedures for processing building permit applications for adult establishments in the event that the 2001 Amendments are upheld) | 1 | 157-157 | 147-2 Page 4 |
| 18 | Adult Establishment Applications (handbook from DOB website) | 2 | 158-168 | 147-2 Page 5 |
| 19 | Excerpts from DOB "Place of Assembly" guide (https://wwwl.nyc.govI assets/buildings /pdf/code_notes _place-of-assembly.pdf) | 2 | 169-170 | 147-2 Page 16 |
| 20 | NYC DCP "Manufacturing Districts: M3"webpage (https://www.l.nyc.gov/site/planning/zoning/districts-tools/m3.page) | 2 | 171-172 | 147-2 Page 18 |
| 21 | NYC Department of City Planning "Manufacturing Districts: January 1, 2002 to January 1, 2012" webpage (https://www.l.nyc.gov/site/planning/zoning/ districts-tools/mfg-districts-2002-2012.page) | 2 | 173-175 | 147-2 Page 20 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 22 | DCP "Use Groups" webpage (https://www.l.nyc.gov/site/planning/zoning/districts-tools/use-groups.page) | 2 | 176-179 | 147-2 Page 23 |
| 23 | DCP "Manufacturing Districts: Overview" webpage (https://www.l.nyc.gov/site/planning/zoning/districts-tools/mfg-districts.page) | 2 | 180-181 | 147-2 Page 27 |
| 24 | DCP City Planning History webpage (https://www.l.nyc.gov/site/planning/about/city-planning-history.page) | 2 | 182-185 | 147-2 Page 29 |
| 25 | DCP "Community-Based Planning" webpage (https://www.l.nyc.gov/site/planning/community/community-based-planning.page) | 2 | 186-191 | 147-2 Page 33 |
| 26 | DCP "Special Purpose Districts: Citywide" webpage (https://www.l.nyc.gov/site/planning/zoning/districts-tools/special-purpose-districts-citywide.page) | 2 | 192-198 | 147-2 Page 39 |
| 27 | DCP "Special Purpose Districts" webpage (https://www1.nyc.gov/site/planning/zoning/districts-tools/special-purpose-districts.page) | 2 | 199-199 | 147-2 Page 46 |
| 28 | DCP Press Release, November 15, 2011, containing "Mayor Michael Bloomberg's Remarks at Zoning the City Conference, as Delivered by Deputy Mayor Robert K. Steel" (https://www1.nyc.gov/assets/planning/download/pdf/about/press-releases/pr111511.pdf) | 2 | 2-202 | 147-2 Page 47 |
| 29 | DCP's portion of the Mayor's Management Report, dated September 2012 (http://www.nyc.gov/html/ops/downloads/pdf/mmr09 l 2/dcp.pdf) | 2 | 203-206 | 147-2 Page 50 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 30 | Excerpts from NYC's Risk Landscape: A Guide to Hazard Mitigation, Coastal Erosion Chapter 4.2, developed by the NYC Emergency Management in Partnership with the DCP and Close Collaboration with the NYC Mayor's Office of Recovery and Resiliency https://www1.nyc.gov/assets/em/downloads/pdf/hazard_mitigation/nycs_risk_landscape_a_guide_to_hazard_mitigation_final.pdf) | 3 | 209-222 | 147-3 Page 3 |
| 31 | Map from the NYC Flood Hazard Mapper generated by the DCP depicting current general citywide floodplain data (https://www1.nyc.gov/site/planning/data-maps/flood-hazard-mapper.page) (visited March 11, 2019) | 3 | 223 | 147-3 Page 17 |
| 32 | Maps generated from the DCP database, visited March 11, 2019, indicating, in blue, the floodplain information (effective flood insurance rate maps for 2007 and 2015) and coastal zone boundary for each of the 39 lots identified by the City as allowing adult use establishments (https://zola.planning.nyc.gov/about/#9.72/40.7125/-73.733) | 3 | 224-262 | 147-3 Page 18 |
| 33 | Excerpts from FDNY "Theater Inspections, Maintenance and Recordkeeping" Rules (https://www1.nyc.gov/assets/fdny/downloads/pdf/about/fdny-rules.pdf | 3 | 263-267 | 147-3 Page 57 |
| 34 | MTA Staten Island Railway ("SIR") System Map (http://web.mta .info/nyct/maps/simap.htm) | 3 | 268 | 147-3 Page 62 |
| 35 | MTA Bridges and Tunnels Tolls (http://web.mta.info/bandt/ traffic/btmain.html#cars) | 3 | 269-272 | 147-3 Page 63 |
| 36 | Zoning and the Comprehensive Plan, James A. Coon Local Government Technical Series, Revised 2015 (https://www.dos.ny.gov/lg/publications/Zoning_and_the_Comprehensive _Plan.pdf) | 4 | 275-292 | 147-4 Page 3 |
| 37 | (Former) Title 27, Chapter 1, Article 9 ("Approval of Plans") Repealed 2008 | 4 | 293-295 | 147-4 Page 21 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| # | Description | Vol | Pages | Link |
|---|---|---|---|---|
| 38 | (Former) Title 27, Chapter 1, Article 10 ("Permits"), Repealed 2008 | 4 | 296-297 | 147-4 Page 24 |
| 39 | (Former) Title 27, Chapter 1, Article 19 ("Issuance of Permits") relevant sections), Repealed 2008 | 4 | 298-299 | 147-4 Page 26 |
| 40 | (Former) Title 27, Chapter 1, Article 22, Section 27-217 ("Certificates of Occupancy / Change of Occupancy or Use"), Repealed 2008 | 4 | 300 | 147-4 Page 28 |
| 41 | DCP Adult Entertainment Study, November 1994 (Complete) | 4 | 301-392 | 147-4 Page 29 |
| 41-1 | DCP Survey of Adult Entertainment Establishments, Fall 1993 [Appendix B to (1994) Adult Entertainment Study] | 5 | 395-399 | 147-5 Page 3 |
| 41-2 | Page 22 of the DCP Adult Entertainment Study | 5 | 400 | 147-5 Page 8 |
| 41-3 | 1995 City Planning Commission Report | 5 | 401-478 | 147-5 Page 9 |
| 42 | March 21, 21 DCP Application No. N 010508 ZRY (to amend the ZR definition of adult establishment) | 5 | 479-489 | 147-5 Page 87 |
| 43 | CEQR Negative Declaration No. 01DCP045Y of March 26, 2001, and Environmental Assessment Statement No. 01DCP045Y filed March 26, 2001 | 5 | 490-554 | 147-5 Page 98 |
| 43-1 | 2000 List of Adult Establishments [Appendix A to CEQR Negative Declaration of March 26, 2001] | 5 | 555-559 | 147-5 Page 163 |
| 43-2 | Comparison of Numbers of Adult Establishments in 1993 and 2000 [Appendix B to CEQR Negative Declaration] | 5 | 560 | 147-5 Page 168 |
| 44 | Transcript of New York City Planning Commission Public Hearing held May 23, 2001 | 6 | 563-638 | 147-6 Page 3 |
| 45 | August 8, 2001 New York City Planning Commission Report (Complete) | 6 | 660-840 | 147-6 Page 80 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 45-1 | Pages 6-7 of the 21 NYC Planning Commission Report (discussing numbers and location – by Boroughs – of adult businesses) | 6 | 841-842 | 147-6 Page 261 |
| 46 | Transcript of New York City Planning Commission Public Hearing held August 8, 2001 | 6 | 843-854 | 147-6 Page 263 |
| 47 | Transcript of October 1, 2001 Hearing of Zoning and Franchises Subcommittee of New York City Council | 6 | 855-895 | 147-6 Page 275 |
| 48 | Correspondence between Edward S. Rudofsky and New York City Council (October 9, 2001), and David Karnovsky and New York City Council (October 24, 2001) | 7 | 898-905 | 147-7 Page 3 |
| 49 | Transcript of October 25, 2001 Meeting of Zoning and Franchises Subcommittee of New York City Council | 7 | 906-916 | 147-7 Page 11 |
| 50 | Transcript of October 25, 2001 Meeting of Land Use Committee of New York City Council | 7 | 917-923 | 147-7 Page 22 |
| 51 | Transcript of October 31, 2001 Meeting of the New York City Council | 7 | 924-1035 | 147-7 Page 29 |
| 52 | Affidavit of David Karnovsky, Counsel to the New York City Department of City Planning, sworn to October 23, 2002, filed in State Action (Index No. 121197/2002) on October 25, 2002 (without internal exhibits) | 7 | 1036-1071 | 147-7 Page 141 |
| 53 | Excerpts from Affidavit of David Karnovsky, sworn to October [date left blank] 2002, filed in State Action (Index No. 121080/02) on unknown date | 7 | 1072-1080 | 147-7 Page 177 |
| 54 | Relevant pages from transcripts of evidentiary hearing in State Action (Index No. 121197/22) in Supreme Court, New York County, on February 23 through March 2, 2009 | 8 | 1083-1309 | 147-8 Page 3 |
| 55 | Excerpt from Respondents' Brief of City of New York, et al., filed in NY Court of Appeals re Index Nos. 113049/96, 103568/96 and 103569/96, dated December 11, 1997 | 8 | 1310-1313 | 147-8 Page 230 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| # | Description | Vol | Pages | Link |
|---|---|---|---|---|
| 56 | Excerpts from September 3, 1996 deposition testimony of Marilyn Mammano, Director of Zoning & Urban Design of the NYC Department of City Planning, in State Action (Index No. 103569/96) | 8 | 1314-1323 | 147-8 Page 234 |
| 57 | Maps (Reduced Size Versions) Generated by the DCP of Manhattan, Brooklyn, Bronx, Queens, and Staten Island, based on 1993-1995 data, indicating "Areas Where Adult Uses Would Continue to be Allowed Under the Proposal and Encumbered Property Within those Areas", filed in State Actions (Index Nos. 103568/96 and 103569/96) as Exhibit RR to the Affidavit of Andrew S. Lynn, dated September 17, 1996 | 8 | 1324-1328 | 147-8 Page 244 |
| 58 | Maps generated by the DCP depicting the reduction in permissible areas for adult businesses based on Zoning Changes between 1995 and 2001, filed in State Action (Index No. 121080/02) on October 17, 2002, as Exhibit S to the Affidavit of David Karnovsky | 8 | 1329-1343 | 147-8 Page 249 |
| 59 | Litigation Management Agreement dated September 25, 2017 (Exhibit B to March 2, 2018 letter from Plaintiffs to Hon. William Pauley) | 8 | 1344-1351 | 147-8 Page 264 |
| 60 | Stipulation and Agreement, dated August 2, 2017, executed by Erica T. Dubno, counsel for the Bookstore Plaintiffs, and Assistant Corporation Counsel Sheryl Neufeld, counsel for the City of New York | 9 | 1355-1360 | 147-9 Page 4 |
| 61 | Moss and Quing, "The Dynamic Population of Manhattan", Rudin Center for Transportation Policy and Management of the New York University Wagner School of Public Service (2012) (https://wagner.nyu.edu /files/faculty /publications/ dynamic pop manhattan.pdf) | 9 | 1361-1385 | 147-9 Page 10 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 62 | Linz and Paul, "Measuring the Secondary Effects of 60/40 Businesses in New York City: A Study of Calls For Service to the Police", including Figures and Tables (2005) (Exhibits 6 and 6A admitted into evidence at evidentiary hearing held on February 23 through March 2, 2009 in *Ten's Cabaret, Inc. v. City of New York*, Supreme Court, New York County, Index No. 121197 /2002 | 9 | 1386-1436 | 147-9 Page 35 |
| 63 | Freeman, "Examining The Relationship Between Businesses That Comply With the ' 60/40' Zoning Regulations and Surrounding Property Values in New York City" (2008) (Exhibit 8 admitted in evidence at evidentiary hearing held on February 23 through March 2, 2009 in *Ten's Cabaret, Inc. v. City of New York,* Supreme Court, New York County, Index No. 121197 /2002 | 9 | 1437-1471 | 147-9 Page 86 |
| 64 | Focus Probe, Inc., "Perceived Differences Between Adult Entertainment Clubs With ' Subdued Facades ' vs. 'Loud Facades'), with photographs (Exhibits 12, 12A, 12B and 12C admitted in evidence at evidentiary hearing held on February 23 through March 2, 2009, in *Ten's Cabaret, Inc. v. City of New York*, Supreme Court, New York County, Index No. 121197 /2002) | 9 | 1472-1495 | 147-9 Page 121 |
| 65 | Charles V. Bagli, "Going Out With a Building Boom, Mayor Pushes Billions in Projects", N.Y. Times, Dec. 15, 2013 (https://nyti.ms/ 1hVKOOQ) | 9 | 1496-1500 | 147-9 Page 143 |
| 66 | Ford Fessenden, "The Bloomberg Years: Reshaping New York", N.Y. Times, Aug. 18, 2013 (interactive feature) (http://www.nytimes.com/newsgraphics/2013/08/18/ reshaping-new-york/index.html) | 9 | 1501 | 147-9 Page 148 |
| 67 | Jonathan Lemire, "Michael Bloomberg's NYC Mayoralty Comes to an End", Associated Press, Jan. 1, 2014 (https://www.dailyfreeman.com/news/michael-bloomberg-s-nyc-mayoralty-comes-to-an-end/article901c8f2f-labd-5l50-b23d- 9fc9674265b3 .html) | 9 | 1502-1503 | 147-9 Page 149 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| # | Description | | | |
|---|---|---|---|---|
| 68 | James Dao, "The 1993 Elections: Staten Island; Secession is Approved; Next Move is Albany's", N.Y. Times, Nov. 3, 1993 (https://www.nytimes.com/l993/ll/03/nyregion/the-l993-elections-staten-island-secession-is-approved-next-move-is-albany-s.html) | 9 | 1504-1506 | 147-9 Page 151 |
| 69 | List of 28 "Manhattan Lots Identified By Both City and Plaintiffs as Legally Permissible for Adult Use Establishments and Where Both Plaintiffs and Defendants Agree That At Least *Some* Types of New Commercial Business Could Legally Be Established" as of October 31, 2018 | 9 | 1507-1507 | 147-9 Page 154 |
| 70 | List of 36 "Existing Manhattan Lots That Allow[ed] Adult Use Establishments" as of October 31, 2018 | 9 | 1508-1508 | 147-9 Page 155 |
| 71 | List of 1,703 Lots City Contends are Unencumbered and over 5,000, square feet and Where Zoning Would Allow Adult Use Establishments in NYC | 10 | 1511-1561 | 147-10 Page 3 |
| 71-1 | Defendants' Responses to Plaintiffs' Questions about the Methodology Used by Defendants to Prepare the List of 1,703 Legally Permissible Unencumbered Lots (Exhibit 71) | 10 | 1562-1569 | 147-10 Page 54 |
| 71-2 | Instructions to City Planning Staff that Evaluated Potential Adult Use Sites & Detailed Technical Methodology | 10 | 1570-1584 | 147-10 Page 62 |
| 72 | Compilation of statements extracted from (a) the 2001 NYC Planning Commission Report, and (b) the Declaration of David Karnovsky, Counsel to DCP, dated September 4, 2002 ("2002 Karnovsky Federal Court Declaration"), regarding the historical numbers of 100% and 60/40 establishments in New York City in 1993 and 2001, with accompanying interpretative charts based on the data set forth in the text | 10 | 1585-1593 | 147-10 Page 77 |
| 73 | List of 32 known currently operating 60/40 businesses which would need to relocate if the 2001 Amendments are allowed to take effect | 10 | 1594 | 147-10 Page 86 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | | |
|---|---|---|---|---|
| 74 | 2019 Times Square Alliance Chart entitled "Annual Crime in Times Square" | 10 | 1595 | 147-10 Page 87 |
| 75 | Title 1, Rules of the City of New York, § 9000-1 | 10 | 1596 | 147-10 Page 88 |

## EXHIBITS IN DECLARATIONS

| Exhibit No. | Description of Document | Date Filed | ECF* Dkt. # + Page # |
|---|---|---|---|
| | DECLARATION OF **MICHAEL BERZAK** REGARDING ADULT BUSINESS SITES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION. | 21-Nov-18 | 59 Page 21 |
| 1-A | Manhattan Map showing areas City found permissible for adult businesses in 1995 | | 59 Page 40 |
| 1-B | Map with elimination of "encumbered" area | | 59 Page 41 |
| 1-C | Manhattan areas which have become impermissible for Adult since 1995 | | 59 Page 42 |
| 1-D | Manhattan - Elimination of areas no longer permissible since 1995 | | 59 Page 43 |
| 1-E | Manhattan Map showing schools and houses of worship | | 59 Page 44 |
| 1-F | Manhattan - Elimination of areas within 500 feet of schools or houses of worship | | 59 Page 45 |
| 1-G | Manhattan - areas from 1-F dedicated for specific long-term purposes | | 59 Page 46 |
| 1-H | Manhattan - area from 1-G showing removal of locations not available | | 59 Page 47 |
| 1-I | Manhattan - Location of existing 100% adult businesses | | 59 Page 48 |
| 1-J | Manhattan - area from 1-J with elimination of areas within 500 feet of 100% adult businesses | | 59 Page 49 |
| 1-K | Manhattan - locations which could simultaneously be occupied by new adult businesses | | 59 Page 50 |
| 2-A | Queens Map showing areas City found permissible for adult businesses in 1995 | | 60 Page 22 |
| 2-B | Queens Map with elimination of "encumbered" areas | | 60 Page 23 |
| 2-C | Queens areas which have become impermissible for Adult since 1995 | | 60 Page 24 |
| 3-A | Bronx Map showing areas City found permissible for adult businesses in 1995 | | 60 Page 26 |
| 3-B | Bronx Map with elimination of "encumbered" area | | 60 Page 27 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| 3-C | Bronx areas which have become impermissible for Adult since 1995 | | 60 Page 28 |
| 4-A | Brooklyn Map showing areas City found permissible for adult businesses in 1995 | | 61 Page 22 |
| 4-B | Brooklyn Map with elimination of "encumbered" area | | 61 Page 23 |
| 4-C | Brooklyn areas which have become impermissible for Adult since 1995 | | 61 Page 24 |
| 5-A | Staten Island Map showing areas City found permissible for adult businesses in 1995 | | 61 Page 26 |
| 5-B | Staten Island Map with elimination of "encumbered" area | | 61 Page 27 |
| 5-C | Staten Island Areas which have become impermissible for Adult since 1995 | | 61 Page 28 |
| 6 | Relevant Provisions of AZR § § 12-10, 32-01 & 42-01 | | 62 Page 21 |
| 7 | 1 RCNY § 9000-01 | | 62 Page 33 |
| 8 | OPPN nos. 17/95 | | 62 Page 35 |
| 9 | OPPN nos. 6/96 | | 62 Page 39 |
| 10 | OPPN nos. 7/96 | | 62 Page 48 |
| 11 | OPPN nos. 8/96 | | 62 Page 51 |
| 12 | OPPN nos. 4/98 | | 62 Page 54 |
| 13 | OPPN nos. 6/98 | | 62 Page 57 |
| 14 | OPPN nos. 7/02 | | 62 Page 61 |
| 15 | DOB Adult Establishment Applications Handbooks | | 62 Page 65 |
| 16 | City Map of Gowanus Canal Areas of Interest | | 62 Page 77 |
| | DECLARATION OF **MICHAEL BERZAK** IN SUPPORT OF PERMITTING ISSUES PRESENTED IN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 62 Page 79 |
| 1 | Curriculum vitae | | 62 Page 98 |
| 2 | NYCAC Title 27, Subchapter 1, Article 10 (Permits) | | 62 Page 100 |
| 3 | 1 RCNY § 9000-01 | | 62 Page 103 |
| 4 | NYCAC §27-217 | | 62 Page 105 |
| 5 | NYCAC Title 27 Subchapter 1, Article 9 (Approval of Plans) | | 62 Page 107 |
| 6 | Relevant Portions of NYCAC Title 27, Chapter 1, Article 19 (Issuance of Permits) | | 62 Page 111 |
| 7 | Building Bulletin 2016-010 | | 62 Page 114 |
| 8 | DOB Operations Policy and Procedural Notice #7/02 | | 62 Page 119 |
| 9 | City Code Note entitled "Adult Establishment Applications" | | 62 Page 123 |
| | DECLARATION OF **HUGH KELLY, PHD,** CRE in Support of Plaintiffs' Motion for Preliminary Injunction | 21-Nov-18 | 62 Page 135 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| | SUPPLEMENTAL AND CORRECTING DECLARATION OF **MICHAEL BERZAK** REGARDING ADULT BUSINESS SITES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTIONS | 2-Jan-19 | 80 |
| | REPLY DECLARATION OF **MICHAEL BERZAK** RE PERMITTING ISSUES PRESENTED IN PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION | 15-Mar-19 | 97 Page 101 |
| | REPLY DECLARATION OF **MICHAEL BERZAK** RE SITES ISSUES PRESENTED IN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 15-Mar-19 | 98,  99 + 100 |
| | DECLARATION OF **MICHAEL BERZAK** IN SUPPORT OF CLUB PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT | 16-Sep-22 | 156 |
| A | DOB Objection sheet of March 10, 2014, as amended on April 7, 2014 | | 156-1 |
| B | Ronald Singer Email of April 4, 2014 | | 156-2 |
| C | DOB General Counsel Memo of April 4, 2014 | | 156-3 |
| D | DOB General Counsel Memo of April 14, 2014 | | 156-4 |
| E | DOB No-Work Permit for Sapphire 2 issued on May 6, 2014 | | 156-5 |
| F | DOB Failed Special Audit Notice, dated August 4, 2014 | | 156-6 |
| G | DOB Notice of Intent to Revoke "No-Work" Permit, dated September 10, 2014 | | 156-7 |
| H | DOB Failed Special Audit Notice Updated to Show Resolution as of October 15, 2014 | | 156-8 |
| I | Church's No-Work Permit Application for Church use for property at 12 West 40th Street, showing dates of filing, approval and issuance | | 156-9 |
| J | DOB Objections of January 26, 2016, to Sapphire 2 Building Permit Application | | 156-10 |
| K | DOB General Counsel memo of January 26, 2016 | | 156-11 |
| L | Sapphire 2 Chronology of Permit-Related Events | | 156-12 |
| | TRIAL DECLARATION AND SUPPLEMENTAL DECLARATION OF **MICHAEL BERZAK** IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT | 19-May-23 | 190 |
| | AFFIDAVIT OF **DR. LANCE FREEMAN** | 21-Nov-18 | 62 Page 186 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| | DECLARATION OF **DAVID M. TALLA** IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION | 21-Nov-18 | [62 Page 201](#) |
| A | Exhibit A to David M. Talla Declaration | | [62 Page 214](#) |
| | DECLARATION OF **DAVID M. TALLA** IN SUPPORT OF CLUB PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 16-Sep-22 | [157](#) |
| A | Copy of Previous Talla Declaration | | [157-1](#) |
| | DECLARATION OF **KEITH WARECH** IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION | 21-Nov-18 | [62 Page 222](#) |
| A | Reasons Precluding Relocation of 60/40 Adult Uses | | [62 Page 227](#) |
| | DECLARATION OF **KEITH WARECH** IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 16-Sep-22 | [171 Case No. 04431](#) |
| A | Reasons Precluding Relocation of 60/40 Adult Uses | | [171 Page 9](#) |
| | DECLARATION OF **ANTHONY CAPECI** IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION | 21-Nov-18 | [62 Page 236](#) |
| | DECLARATION OF **BARRY LIPSITZ** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | [62 Page 239](#) |
| A | Reasons Precluding Relocation of 60/40 Adult Uses | | [62 Page 248](#) |
| | DECLARATION OF **BARRY LIPSITZ** IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 23-Sep-22 | [138](#) |
| | DECLARATION OF **ANTHONY D'AMICO** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | [62 Page 257](#) |
| A | Reasons Precluding Relocation of 60/40 Adult Uses | | [62 Page 263](#) |
| | DECLARATION OF **ANTHONY D'AMICO** IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 23-Sep-22 | [139](#) |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| | DECLARATION OF **MAURICE KAVANAUGH** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 62 Page 271 |
| A | Reasons Precluding Relocation of 60/40 Adult Uses | | 62 Page 277 |
| | DECLARATION OF **DR. ELLIOT SCLAR** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 71 Page 22 |
| 1 | Curriculum Vitae | | 71 Page 69 |
| 2 | Copies of the City's Maps of Limited Permissible Areas where Adult Establishments Could Endeavor to Locate | | 71 Page 93 |
| 3 | DCP Maps of Zoning Changes between 1995 and 2001 affecting permissible areas for adult establishments | | 71 Page 99 |
| 4 | DCP Reports and Press Clippings on Effectiveness of Rezoning | | 71 Page 115 |
| 5 | DCP Report Detailing Reduction of Manufacturing Districts between 2002 and January 2012 | | 72 Page 22 |
| 6 | Map Created by Department of City Planning Depicting Zoning Changes from January 2002 - September 2018 | | 72 Page 41 |
| 7 | List of Adopted Rezonings that Impacted Manufacturing Use | | 72 Page 43 |
| 8 | List of Certified Rezonings that Impact Manufacturing Use | | 72 Page 50 |
| 9 | Map of Anticipated MIH Rezonings | | 72 Page 52 |
| 10 | DCP's Report of City Planning History | | 72 Page 54 |
| 11 | MTA's Staten Island Railway Map | | 72 Page 59 |
| 12 | MTA's 1995 Staten Island Railway Map Superimposed on the City's Map of Permissible Areas | | 72 Page 61 |
| | REPLY DECLARATION OF **DR. ELLIOT SCLAR** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 15-Mar-19 | 100 Page 25 |
| 13 | Maps Indicating Floodplain Information and Coastal Zone Boundary | | 100 Page 44 |
| 14 | Department of City Planning Map Depicting Citywide Floodplain Data | | 100 Page 84 |
| | DECLARATION OF **DANIEL J. ZAZZALI** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 72 Page 63 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| | DECLARATION OF **DANIEL J. ZAZZALI** IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 16-Sep-22 | 132 Case No. 03732 |
| | DECLARATION OF **DANIEL KNECHT** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 72 Page 90 |
| 1 | Google Map Search of Route from Sensations Videos to Nitecap | | 72 Page 106 |
| | DECLARATION OF **DANIEL KNECHT** IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT | 16-Sep-22 | 133 Case No. 03732 |
| | DECLARATION OF **YITZIK SHACHAF** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 72 Page 109 |
| | DECLARATION OF **ERICA T. DUBNO** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | 21-Nov-18 | 72 Page 117 |
| | DECLARATION OF **EDWARD S. RUDOFSKY** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (REGARDING LEGISLATIVE HISTORY AND RELATED MATTERS) | 21-Nov-18 | 62 Page 286 |
| | DECLARATION OF **EDWARD S. RUDOFSKY** IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (REGARDING THE STATUS OF VEIL NYC AND HEADQUARTERS N/K/A ROSEWOOD THEATER) | 21-Nov-18 | 62 Page 309 |
| | DECLARATION OF **G. RANDALL GARROU** RE SOURCE OF CITY'S NYCAC PROVISIONS UTILIZED BY PLAINTIFFS | 15-Mar-19 | 97 Page 105 |
| | DECLARATION OF DCP ZONING DIRECTOR **FRANK RUCHALA, JR.** IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT | 28-Mar-23 | 180 |
| | DIRECT TESTIMONY DECLARATION OF **SUSAN E. AMRON** | 19-May-23 | 191-1 |
| | DECLARATION OF **MATTHEW J. CROSWELL** | 19-May-23 | 191-3 |
| A | List of Excluded Lots | | 191-4 |
| B | List of 1,275 Available Lots | | 191-5 |
| C | List of 1,703 Lots Originally Identified with Indication if Lot is within List of 1,275 Lots | | 191-6 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted

| | | | |
|---|---|---|---|
| D | Results of DCP's Analysis | | 191-7 |
| DECLARATION OF DOB BOROUGH COMMISSIONER **RODNEY GITTENS** | | 19-May-23 | 191-2 |

*ECF docket numbers are those in Action 3, Club at 60th v. NYC unless specifically otherwise noted