**ZANE AND RUDOFSKY**
*Attorneys and Counsellors at Law*
THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001
(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

**Please Note Our New Contact Information:**
**c/o Edward S. Rudofsky, P.C., Five Arrowwood Lane, Melville, New York 11747**
**ed@rudofskylaw.com; 917-913-9697**

November 3, 2023

Hon. Lewis J. Liman, U.S.D.J.            *Via ECF*
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **689 Eatery Corp., etc. et ano. v. City of New York, et al.,
Docket No. 02 CV 4431 (LJL) ("Action No. 1")**

          **59 Murray Enterprises, Inc. etc., et ano. v. City of New York, et al.,
Docket No. 02 CV 4432 (LJL) ("Action No. 2")**

          **Club at 60th Street, et al. v. City of New York
Docket No. 02 CV 8333 (LJL) ("Action No. 3")**

          **336 LLC, etc, et al. v. City of New York
Docket No. 18 CV 3732 (LJL) ("Action No. 4")**

Dear Judge Liman:

    We represent the plaintiffs in Action No. 2, and on behalf of all counsel for all parties, are e-filing concurrently herewith a list of the parties' respective objections to the direct-testimony declarations previously identified by the parties.

    The parties filed their joint list of exhibits on October 30. The parties had no objections other than relevance objections to any of the exhibits, and the City then separately filed its relevance objections to both the exhibits and the declarations. (Plaintiffs had no relevance objections.)

ZANE AND RUDOFSKY

      The attached lists present the parties' objections only to the declarations and identify the declarant, the title of the document, the ECF number (hyperlinked to action no. 3), and the basis of the objections on a paragraph-by-paragraph basis.

      Respectfully,

*Edward S. Rudofsky*
Edward S. Rudofsky

Cc: All Counsel (Via E-Filing)