**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DIRECT TESTIMONY DECLARATIONS**

| Declaration or Affidavit | Date | Description | ECF, Dkt., and Page No. | Paragraph(s) |
|---|---|---|---|---|
| Frank Ruchala | 3/28/2023 | Declaration in opposition to plaintiffs' motion for partial summary judgment | 180 Page 2 | Hearsay, FRE 802: ¶3 avers, without specification, that declaration is based in part on "conversations with DCP employees" |
| Susan E. Amron | 5/19/2023 | Direct testimony declaration of Susan E. Amron | 191-1 Page 3, 6-7 | ¶4: FRE 602 (declarant lacks personal knowledge regarding legislative intent of 2001 amendments)<br><br>¶11-14: FRE 602 and 701 (declarant lacks personal knowledge regarding, but offers lay opinion testimony as to, the suitability of sites in outer boroughs) |
| Rodney Gittens | 5/19/2023 | Declaration of DOB Borough Commissioner Rodney Gittens | 191-2 Page 2, 9, 11 | Hearsay, FRE 802: ¶1 avers, without specification, that declaration is made in part "on the basis of conversations with City employees"<br><br>¶17: FRE 602, 701, 802 (declarant speculates, without foundation, regarding practical effect of 2001 amendments on adult establishment applications)<br><br>¶24: FRE 602, 701, 802 (same as ¶17)<br><br>¶25: FRE 602, 701, 802 (declarant speculates, without foundation, that sensitive-use veto is "far-fetched," despite Sapphire II sensitive-use veto) |