**DEFENDANTS' OBJECTIONS, OTHER THAN RELEVANCE, TO PLAINTIFFS' DIRECT TESTIMONY DECLARATIONS**

| Declaration or Affidavit | Date | Description | ECF, Dkt., and Page No. | Paragraph(s) |
|---|---|---|---|---|
| David M. Talla | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 201 | 28: Hearsay, FRE 802<br><br>35: Lay Opinion, FRE 701<br><br>37: Lay Opinion, FRE 701<br><br>38: Hearsay, FRE 802 |
| David M. Talla | 9/16/2022 | Declaration in support of club plaintiffs' motions for partial summary judgment | 157 | 15: Hearsay, FRE 802<br><br>20: Hearsay, FRE 802/ Lay Opinion, FRE 701<br><br>*Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Keith Warech | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 222 | 13-14: FRE 802/ Lay Opinion, FRE 701 |

| | | | | |
|---|---|---|---|---|
| Keith Warech | 9/16/2022 | Declaration in support of club plaintiffs' motions for partial summary judgment | 171 Case No. 04431 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Barry Lipsitz | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 239 | 27: Hearsay, FRE 802/ Lay Opinion, FRE 701  31-32: Hearsay, FRE 802/ Lay Opinion, FRE 701 |
| Barry Lipsitz | 9/23/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 138 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Anthony D'Amico | 11/21/2018 | Declaration in support of plaintiffs' motion for a preliminary injunction | 62 Page 257 | 15: Hearsay, FRE 802/ Lay Opinion, FRE 701  16: Hearsay, FRE 802 |
| Anthony D'Amico | 9/23/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 139 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Maurice Kavanagh | 11/21/2018 | Declaration in support of plaintiffs' motion | 62 Page 271 | 18: Hearsay, FRE 802/ Lay Opinion, FRE 701  19: Hearsay, FRE 802 |

| | | | | |
|---|---|---|---|---|
| | | for a preliminary injunction | | |
| Daniel J. Zazzali (Peep Booth Contsruction) | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 63 | 14: Lay Opinion, FRE 701 <br><br> 19: Lay Opinion, FRE 701 <br><br> 21-22: Lay Opinion, FRE 701 <br><br> 26-27: Lay Opinion, FRE 701 <br><br> 29: Lay Opinion, FRE 701 <br><br> 43: Lay Opinion, FRE 701 <br><br> 49: Lay Opinion, FRE 701 <br><br> 66: Lay Opinion, FRE 701 <br><br> 69: Lay Opinion, FRE 701 <br><br> 70: Lay Opinion, FRE 701 <br><br> 73: Lay Opinion, FRE 701 <br><br> 74-75: Hearsay, FRE 802/ Lay Opinion, FRE 701 |
| Daniel J. Zazzali (Peep Booth Construction) | 9/12/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 132 Case No. 03732 | 7: Lay Opinion, FRE 701 |

| Daniel Knecht | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 90 | 9: Hearsay, FRE 802 <br><br> 13-15: Lay Opinion, FRE 701 <br><br> 20: Lay Opinion, FRE 701 <br><br> 26-30: Lay Opinion, FRE 701 <br><br> 32-34: Lay Opinion, FRE 701 <br><br> 36: Lay Opinion, FRE 701 |
| Daniel Knecht | 9/16/22 | Declaration in support of plaintiffs' motions for partial summary judgment | 133 Case No. 03732 | Insofar as this Declaration relies on prior declarations, Defendants object for the same reasons as set forth in their objections to those prior declarations. |
| Yitzik Shachaf | 11/21/18 | Declaration in support of plaintiffs' motion for a preliminary injunction | 72 Page 109 | 11: Lay Opinion, FRE 701 |
| Dr. Elliot Sclar | 11/21/2018 | Declaration of Dr. Elliot Sclar in support of plaintiffs' motion for preliminary injunction | 71 Page 22 | 117-119: Lay Opinion, FRE 701 |
| Dr. Elliot Sclar | 3/15/2019 | Reply declaration of Dr. Elliot Sclar in support of plaintiffs' motion | 100 Page 25 | 36-37: Lay Opinion, FRE 701 |

| | | | | |
|---|---|---|---|---|
| | | for preliminary injunction | | |
| Michael Berzak | 11/21/18 | Declaration of Michael Berzak in support of permitting issues presented in plaintiffs' motion for preliminary injunction | 62 Page 79 | 41-42: Lay Opinion, FRE 701<br><br>47-49: Lay Opinion, FRE 701 |
| Michael Berzak | 9/16/22 | Declaration in support of motion for partial summary judgment | 156 | 16: Lay Opinion, FRE 701<br><br>21: Lay Opinion, FRE 701<br><br>26-27: Lay Opinion, FRE 701<br><br>43: Lay Opinion, FRE 701 |
| Michael Berzak | 5/19/23 | Trial Declaration and supplemental declaration in support of motion for partial summary judgment | 190 | 8: Lay Opinion, FRE 701 |