```
                                                    USDC SDNY
                                                    DOCUMENT
  UNITED STATES DISTRICT                            ELECTRONICALLY FILED
  COURT SOUTHERN DISTRICT OF                        DOC #:_____
  NEW YORK                                          DATE FILED: 2/12/2024
  ------------------------------------------------X
  689 EATERY CORP., etc. et ano,                  :
                        Plaintiffs,               :
                                                  :        02-cv-4431 (LJL)
         -v-                                      :
                                                  :           ORDER
  CITY OF NEW YORK, et al.,                       :
                        Defendants.               :
  ------------------------------------------------X

  ------------------------------------------------X
  59 MURRAY ENTERPRISES, INC. etc., et ano.,      :
                        Plaintiffs,               :
                                                  :        02-cv-4432 (LJL)
         -v-                                      :
                                                  :           ORDER
  CITY OF NEW YORK, et al.,                       :
                        Defendants.               :
  ------------------------------------------------X

  ------------------------------------------------X
  CLUB AT 60TH STREET, et al.,                    :
                        Plaintiffs,               :
                                                  :        02-cv-8333 (LJL)
         -v-                                      :
                                                  :           ORDER
  CITY OF NEW YORK,                               :
                        Defendant.                :
  ------------------------------------------------X
  ------------------------------------------------X
  336 LLC, etc., et al.,                          :
                        Plaintiffs,               :
                                                  :        18-cv-3732 (LJL)
         -v-                                      :
                                                  :           ORDER
  CITY OF NEW YORK,                               :
                        Defendant.                :
  ------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    In light of the Court's decision on February 9, 2024, all motions for summary judgment

by all parties are denied as moot.

The Clerk of Court is respectfully directed to close to following docket numbers:

      In action 02-cv-4431, Dkt. Nos. 219, 221, and 223

      In action 02-cv-4432, Dkt. Nos. 177, 179, and 181

      In action 02-cv-8333, Dkt. Nos. 196, 198, and 200

      In action 18-cv-3732, Dkt. No. 171, 173, and 177.

SO ORDERED.

Dated: February 12, 2024  
      New York, New York

                                             LEWIS J. LIMAN  
                                       United States District Judge