

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Mark W. Muschenheim
Phone: 212-356-2186
Email: mmuschen@law.nyc.gov

February 22, 2024

By ECF
Hon. Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   725 Eatery Corp. v. City of New York, 02 CV 4431 (LJL)
      59 Murray Corp. v. City of New York, 02 CV 4432 (LJL)
      Club at 60th Street, Inc. v. City of New York, 02 CV 8333 (LJL)
      336 LLC v. City of New York, 18 CV 3732 (LJL)

Dear Judge Liman:

      This office represents the defendants in these four actions. On behalf of all parties in these four actions, attached is fully executed stipulation that the parties respectfully request Your Honor to so order.

      The stipulation requests that the Your Honor direct the Clerk of the Court to promptly enter final judgment resolving these four actions. The stipulation also sets forth, among other items, deadlines by when the plaintiffs must file their notices of appeal and opening appellate briefs; provided that plaintiffs meet these deadlines, the defendants have agreed to stay enforcement of the adult use 2001 Amendments to the New York City Zoning Resolution pending a decision on appeal by the merits panel by the Court of Appeals for the Second Circuit.

      Thank you for your consideration.

Respectfully submitted,

Mark W. Muschenheim
Assistant Corporation Counsel

Attachment
cc: Counsel of Record (via ECF)