```
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK
------------------------------------------------------------------X
689 EATERY CORP., etc. et ano,                 :
                    Plaintiffs,                :
                                               :           02-cv-4431 (LJL)
        -v-                                    :
                                               :              ORDER
CITY OF NEW YORK, et al.,                      :
                    Defendants.                :
------------------------------------------------------------------X

------------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC. etc., et ano.,     :
                    Plaintiffs,                :
                                               :           02-cv-4432 (LJL)
        -v-                                    :
                                               :              ORDER
CITY OF NEW YORK, et al.,                      :
                    Defendants.                :
------------------------------------------------------------------X

------------------------------------------------------------------X
CLUB AT 60TH STREET, et al.,                   :
                    Plaintiffs,                :
                                               :           02-cv-8333 (LJL)
        -v-                                    :
                                               :              ORDER
CITY OF NEW YORK,                              :
                    Defendant.                 :
------------------------------------------------------------------X
------------------------------------------------------------------X
336 LLC, etc., et al.,                         :
                    Plaintiffs,                :
                                               :           18-cv-3732 (LJL)
        -v-                                    :
                                               :              ORDER
CITY OF NEW YORK,                              :
                    Defendant.                 :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

LEWIS J. LIMAN, United States District Judge:

     The Clerk of Court is respectfully directed to enter judgment in each of the above-captioned cases.

2

SO ORDERED.

Dated: February 22, 2024
       New York, New York

                                      LEWIS J. LIMAN
                                United States District Judge