**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
689 EATERY CORP., etc. et ano,

                                Plaintiffs,

-v-                                                               02 **CIVIL** 4431 (LJL)

CITY OF NEW YORK, et al.,

                                Defendants.
-------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC. etc., et ano.,

                                Plaintiffs,

-v-                                                              02 **CIVIL** 4432 (LJL)

CITY OF NEW YORK, et al.,

                                Defendants.
-------------------------------------------------------------X
CLUB AT 60TH STREET, et al.,

                                Plaintiffs,

-v-                                                              02 **CIVIL** 8333 (LJL)

CITY OF NEW YORK,

                                Defendant.
-------------------------------------------------------------X
336 LLC, etc., et al.,

                                Plaintiffs,

-v-                                                               18 **CIVIL** 3732 (LJL)

CITY OF NEW YORK,                                                             **JUDGMENT**

                                Defendant.
-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2024, the Court's Stipulation and Order dated February 22, 2024, and the Court's Order dated February 22, 2024, the Court finds in favor of Defendant on each of Plaintiffs' claims and judgment is entered in favor of Defendant, dismissing Plaintiffs' claims; accordingly, the cases are closed.

**Dated:** New York, New York
February 23, 2024

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**