UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

689 EATERY CORP., d/b/a/                          Docket No.
 "Satin Dolls"; and                              02-cv-4431 (LJL)
725 EATERY CORP., d/b/a
"Platinum Dolls",

               Plaintiffs,                    **<u>NOTICE OF APPEAL</u>**

-against-

CITY OF NEW YORK;
BILL DE BLASIO, as Mayor of the City
of New York; and
RICK D. CHANDLER, as Commissioner
of Buildings of the City of New York,

               Defendants.
-----------------------------------------------------------X

     ***PLEASE TAKE NOTICE,*** that plaintiffs, 689 EATERY CORP., d/b/a/ "Satin

Dolls", and 725 EATERY CORP., d/b/a "Platinum Dolls", hereby appeal to the

United States Court of Appeals for the Second Circuit from the Opinion and Order

dated February 9, 2024 and the Judgment entered thereon, dated February 23, 2024,

which found in favor of defendants on each of plaintiffs' claims and dismissed this

action in its entirety.

Dated:  March 1, 2024

Respectfully submitted,

*/s/ Jeffrey M. Nye*
JEFFREY M. NYE, ESQ.
Lead Counsel for Plaintiffs in 02 Civ 4431
(LJL)
Stagnaro, Saba & Patterson Co., LPA
7373 Beechmont Avenue
Cincinnati, OH 45230
(513) 533-6714
jmn@sspfirm.com

TO:  Clerk of the Court
     All Counsel
     (Via E-Filing)